1 │ Marc Toberoff (CA State Bar No. 188547)
      *mtoberoff@toberoffandassociates.com*
2 │ Douglas Fretty (CA State Bar No. 279829)
      *dfretty@toberoffandassociates.com*
3 │ TOBEROFF & ASSOCIATES, P.C.
    23823 Malibu Road, Suite 50-363
4 │ Malibu, CA 90265
    Telephone: (310) 246-3333
5 │ Facsimile: (310) 246-3101

6 │ Attorneys for Plaintiff David Zindel, as Trustee
    for the David Zindel Trust and the Lizabeth Zindel Trust
7 │

8 │           **UNITED STATES DISTRICT COURT**

9 │           **CENTRAL DISTRICT OF CALIFORNIA**

10 │

| DAVID ZINDEL, as Trustee for the David Zindel Trust and the Lizabeth Zindel Trust, | Case No.: 2:18-CV-01435 |
|---|---|
| Plaintiff, | **COMPLAINT FOR:** |
| vs. | [1] COPYRIGHT INFRINGEMENT (17 U.S.C. §§ 101 *ET SEQ.*); |
| FOX SEARCHLIGHT PICTURES, INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; TSG ENTERTAINMENT FINANCE LLC, a Delaware limited liability company; MACMILLAN PUBLISHERS, LTD., a subsidiary of a German limited liability company; GUILLERMO DEL TORO, an individual; DANIEL KRAUS, an individual; and DOES 1 through 10, inclusive, | [2] CONTRIBUTORY COPYRIGHT INFRINGEMENT; and [3] VICARIOUS COPYRIGHT INFRINGEMENT |
| Defendants. | DEMAND FOR JURY TRIAL |

_____
COMPLAINT FOR COPYRIGHT INFRINGEMENT

1  Plaintiff DAVID ZINDEL, as Trustee for the David Zindel Trust and the

2  Lizabeth Zindel Trust, by and through his attorneys of record, hereby alleges as

3  follows:

4  **<u>NATURE OF THE ACTION</u>**

5  1.  Defendants' motion picture *The Shape of Water* (the "Picture"),

6  though presented to the public as a highly original work of fantasy/science

7  fiction, in reality, brazenly copies the story, elements, characters, and themes

8  from a work by Pulitzer-Prize-winning author Paul Zindel ("Zindel").  Zindel's

9  1969 play *Let Me Hear You Whisper* (the "Play") tells the story of a lonely

10  janitorial cleaning woman who works the graveyard shift at a scientific

11  laboratory facility that performs animal experiments for military use.  There she

12  becomes fascinated by a fantastic intelligent aquatic creature, held captive in a

13  glass tank.  To the sounds of romantic vintage music playing on a record player,

14  she forms a deep, loving bond with the creature, discovering that it can

15  communicate – but choses to do so only with her.  When she learns that the

16  authorities plan to kill the creature, in the name of scientific progress, she

17  hatches a plan to liberate the creature in a rolling laundry cart and release it at a

18  dock that feeds into the ocean, where it will finally be free.

19  2.  Defendants have plainly incorporated numerous copyright

20  protectible literary elements from the Play in their Picture.  The Picture was

21  publicly released in December 2017 to much fanfare, garnering nominations

22  from dozens of associations, including thirteen nominations for "Best Original

23  Screenplay."  Although the Picture has struck a chord with audiences

24  worldwide, filmgoers familiar with Zindel's Play have roundly recognized the

25  Picture as copying the Play, and have publicly criticized its creators for not

26  crediting Zindel's work.

27  3.  Zindel's Play has been widely read, performed for decades.  The

28  Play was also adapted into two made-for-TV productions which respectively

1   aired on public television in 1969 and on the A&E network in 1990, and have

2   been repeatedly re-broadcast on national television.  The Play has been

3   published in at least ten print editions and is frequently taught in American

4   schools and staged in live productions.

5        4.    In short, the highly original Play is a beloved work of

6   fantasy/science fiction by an esteemed author, making the glaring similarities

7   between the Picture and the Play too egregious to ignore.  Furthermore,

8   Defendants' public statements about the Picture belie their blanket denials of

9   infringement.  For instance, Defendant DANIEL KRAUS, a producer of the

10  Picture, reportedly pitched the idea for the Picture to its writer/director/producer,

11  Defendant GUILLERMO DEL TORO.  Significantly, KRAUS is both on record

12  as an admirer of Zindel's work, and came up with the "idea" for the Picture *the*

13  *very year* the A&E production of Zindel's Play first aired on national television.

14  These and other telling details from the writing and production of the Picture

15  strongly evidence that Defendants knowingly infringed Zindel's Play.  Indeed,

16  without Zindel's Play, which artfully blended an emotional human drama with a

17  highly original science fiction story, it is difficult to imagine that the Picture

18  could have connected so profoundly with audiences and critics.

19       5.    When Defendants first realized that they were producing a

20  derivative film, they were obligated to obtain a straightforward license from the

21  Zindel family and to give fair credit to Zindel's original Play.  Instead,

22  Defendants did nothing, necessitating this action to vindicate Zindel's

23  copyrights, and to prevent Defendants from exploiting a celebrated author's

24  creativity without due recognition.

25                    **JURISDICTION AND VENUE**

26       6.    This is a civil action for copyright infringement and injunctive

27  relief under the United States Copyright Act, 17 U.S.C. §§ 101 *et seq.*

28  (hereinafter, "the Copyright Act") and for declaratory relief under the

_____
COMPLAINT FOR COPYRIGHT INFRINGEMENT
3

1  Declaratory Judgment Act, 28 U.S.C. § 2201.

2  7.  This Court has original subject matter jurisdiction over the claims

3  set forth in this complaint pursuant to the Copyright Act, 17 U.S.C. § 101 *et*

4  *seq.*, 28 U.S.C. §§ 1331, 1332, and 1338(a) and (b), and the Declaratory

5  Judgment Act, 28 U.S.C.§ 2201.

6  8.  This Court has personal jurisdiction over the Defendants in that

7  Defendants are regularly doing business in the State of California and in this

8  District, and because a substantial portion of the relevant acts complained of

9  herein occurred in the State of California and in this District.

10  9.  Venue is proper in the United States District Court for the Central

11  District of California pursuant to 28 U.S.C. §§ 1391(b) and (c) and 1400(a)

12  because the wrongful acts that give rise to the claims herein below occurred in

13  this District and because Defendants FOX SEARCHLIGHT PICTURES, INC.,

14  TWENTIETH CENTURY FOX FILM CORPORATION, and TSG

15  ENTERTAINMENT FINANCE LLC, and GUILLERMO DEL TORO reside in,

16  have places of business in, and/or maintain offices in this District.

17  **PARTIES**

18  10.  Plaintiff DAVID ZINDEL is an individual and citizen of, and

19  resides in, the State of California, in the County of Los Angeles, and is and at all

20  times has been a citizen of the United States.  DAVID ZINDEL is the son of the

21  author Paul Zindel and the brother of Lizabeth Zindel.  DAVID ZINDEL serves

22  as the Trustee of the David Zindel Trust and Lizabeth Zindel Trust, each of

23  which own an undivided 50% interest in Paul Zindel's literary works.

24  11.  Plaintiff is informed and believes and based thereon alleges that

25  Defendant FOX SEARCHLIGHT PICTURES, INC. (hereinafter "FOX

26  SEARCHLIGHT") is a corporation organized and existing under the laws of the

27  State of Delaware, which has its corporate headquarters in the State of California

28  and the County of Los Angeles, and which regularly conducts significant

ongoing business in the State of California and in the County of Los Angeles.
Plaintiff is further informed and believes and based thereon alleges that FOX
SEARCHLIGHT is a wholly owned subsidiary and/or division of Defendant
TWENTIETH CENTURY FOX FILM CORPORATION.

12.    Plaintiff is informed and believes and based thereon alleges that
Defendant TWENTIETH CENTURY FOX FILM CORPORATION (hereinafter
"FOX") is a corporation organized and existing under the laws of the State of
Delaware, which has its corporate headquarters in the State of California and the
County of Los Angeles, and which regularly conducts significant ongoing
business in the State of California and in the County of Los Angeles.

13.    Plaintiff is informed and believes and based thereon alleges that
Defendant TSG ENTERTAINMENT FINANCE LLC (hereinafter "TSG") is a
limited liability company organized and existing under the laws of the State of
Delaware, which has its principal place of business in the State of New York and
the County of New York, and which regularly conducts significant ongoing
business in the State of California and in the County of Los Angeles.

14.    Plaintiff is informed and believes and based thereon alleges that
Defendant MACMILLAN PUBLISHERS, LTD. (hereinafter "MACMILLAN")
is a privately-held international publishing company and subsidiary of
Holtzbrinck Publishing Group, a German limited liability company.  Plaintiff is
informed and believes and based thereon alleges that Defendant MACMILLAN
has its principal place of business in the State of New York and County of New
York and regularly conducts significant ongoing business in the State of
California and in the County of Los Angeles.

15.    Plaintiff is informed and believes and based thereon alleges that
Defendant GUILLERMO DEL TORO ("DEL TORO") is an individual and
citizen of and resides in the State of California and the County of Los Angeles.
Plaintiff is further informed and believes and based thereon alleges that

Defendant DEL TORO regularly conducts significant ongoing business in the State of California and in the County of Los Angeles.

16. Plaintiff is informed and believes and based thereon alleges that Defendant DANIEL KRAUS ("KRAUS") is an individual and citizen of, and resides in the State of Illinois, and is and at all times has been a citizen of the United States. Plaintiff is further informed and believes and based thereon alleges that Defendant KRAUS regularly conducts significant ongoing business, including without limitation the conduct giving rise to this action, in the State of California and in the County of Los Angeles.

17. Plaintiff is informed and believes and based thereon alleges that the fictitiously named Defendants captioned hereinabove as Does 1 through 10, inclusive, and each of them (hereinafter "DOE(S)") were in some manner responsible or legally liable for the actions, damages, events, transactions and circumstances alleged herein. The true names and capacities of such fictitiously named defendants, whether individual, corporate, associate, or otherwise are presently unknown to Plaintiff, and Plaintiff will amend this Complaint to assert the true names and capacities of such fictitiously named Defendants when the same have been ascertained. For convenience, each reference herein to a named Defendant or to Defendants shall also refer to the Doe Defendants and each of them.

18. Plaintiff is informed and believes and based thereon alleges that each of the Defendants was the agent, partner, servant, employee, or employer of each of the other Defendants herein, and that at all times herein mentioned, each of the Defendants was acting within the course and scope of such employment, partnership and/or agency and that each of the Defendants is jointly and severally responsible for the damages hereinafter alleged.

//

//

**FACTS COMMON TO ALL CLAIMS FOR RELIEF**

19.    Plaintiff DAVID ZINDEL ("Plaintiff") is the son and heir of the Pulitzer-Prize-winning playwright Paul Zindel ("Zindel"), who is now deceased. Zindel rose to fame following the successful Broadway run of his 1964 play *The Effect of Gamma Rays on Man-in-the-Moon Marigolds*, for which Zindel won the 1971 Pulitzer Prize for Drama.  In 1972, Defendant FOX adapted that play into a feature motion picture, starring Paul Newman and his wife Joanne Woodward, which was nominated for a Golden Globe and a Palme d'Or at the 1973 Cannes Film Festival.  Zindel achieved subsequent acclaim and success for prolific authorship of original of novels and plays, including the work at issue in this case.

**The Play**

20.    In or about 1969, Zindel authored the science fiction play *Let Me Hear You Whisper* (the "Play").  Thereafter Zindel minimally edited the Play into a somewhat abridged version, which was staged for television and broadcast nationwide by the National Education Television Network beginning in 1969 (the "NET Production").  Plaintiff is informed and believes and on that basis alleges that the NET Production has been repeatedly rebroadcast since its initial 1969 airing, including on PBS.

21.    In addition to the NET Production, the Play was once again staged for television and nationwide broadcast on the A&E Network on or about January 4, 1990 (the "A&E Broadcast").  The A&E Broadcast was hosted by Anthony Quinn and starred Jean Stapleton.

22.    The Play centers on a lonely janitorial cleaning woman, Helen, who works the night shift at a secret scientific laboratory facility that performs animal experiments for sinister, military purposes in the 1960s (during the height of the Cold War).  Helen works with a talkative, humorous cleaning woman who complains about her marriage to her former husband, whereas Helen is quiet,

1  introverted and keeps to herself.  Inside one of the laboratories, she discovers an

2  aquatic creature of advanced intelligence (a dolphin) confined to a glass tank,

3  and begins a loving relationship with the creature, discovering that it can indeed

4  communicate – but chooses to do so only with her.  When she learns that

5  authorities at the laboratory plan to kill the creature via "vivisection," ostensibly

6  in the name of scientific progress, Helen hatches a plan to sneak the creature out

7  of the lab in a laundry cart, and release him at a dock on an urban river that feeds

8  into the ocean, where he will finally be free.

9       23.    The Play has also been widely published in print form.  The Play

10  was published in Scholastic Voice on or about April 6, 1970 and was published

11  again by Dramatists Play Service Inc. in 1973.  In 1974, Harper & Row re-

12  published the Play with minor abridgements in a hardcover edition that was

13  illustrated by the popular artist Stephen Gammell, who is perhaps best known

14  for his fantastical illustrations in the *Scary Stories To Tell in the Dark* book

15  series.  Plaintiff is informed and believes and on that basis alleges that both the

16  unabridged and abridged versions of the Play have been widely reviewed, taught

17  in American schools, and performed in live productions since their publication.

18       24.    The Play has also been repeatedly published in anthologies with

19  other theatrical works.  For example, the Play appears in the anthologies *6

20  Science Fiction Plays* (Pocket Books, New York, 1975) (the "*6 Science Fiction

21  Plays* Anthology"); *In Context (Anthology One)* (Nelson Canada 1989); and *Best

22  Plays: Introductory Level* (McGraw Hill) (the "*Best Plays* Anthology").

23  Plaintiff is informed and believes and on that basis alleges that the *Best Plays*

24  Anthology was published in or about 1997 and re-published in or about 2001

25  and 2005.  The *6 Science Fiction Plays* Anthology is a significant anthology,

26  because it includes *The City on the Edge of Forever* by Harlan Ellison, which

27  became the highly popular 1967 Season One finale episode of the original *Star

28  Trek* series.  Plaintiff is informed and believes and on that basis alleges that the

1  Play has been reprinted in at least four additional anthologies.

2      25.     Thus, the Play's reach and exposure has been substantial, resulting

3  in at least ten print publications, two national television productions, and many

4  more live productions.

5      26.     In addition to the two television productions of the Play, Zindel's

6  thought-provoking books, plays, teleplays, and screenplays have resulted in at

7  least seven film and TV productions of his work.  Zindel was also a beloved

8  teacher and lecturer.  He began his career as a science teacher, a background that

9  informed many of the original scientific elements for the Play.  Even amidst his

10  success as an author, he continued to speak at schools and libraries all over the

11  world, and taught graduate students at the University of Southern California, on

12  the condition that he could give all of his students an "A."

13      27.     Zindel died on March 27, 2003.  Zindel's copyrights to his literary

14  works, including the Play, were bequeathed to and are currently owned by the

15  testamentary trusts of his two children and heirs, David Zindel and Lizabeth

16  Zindel as follows: 50% by the David Zindel Trust and 50% by the Lizabeth

17  Zindel Trust.  Plaintiff David Zindel is the trustee of both Trusts.

18      28.     The 1969 version of the Play containing minor abridgements,

19  published in Scholastic Voice on April 6, 1970, was registered with the United

20  States Copyright Office on May 22, 1970 (Registration number B596267).  A

21  true and correct copy of the United States Copyright Office registration

22  certificate for the 1969 version of the Play is attached hereto as "Exhibit A."

23      29.     Plaintiff David Zindel, as Trustee for the aforementioned

24  testamentary trusts, duly filed an application with the United States Copyright

25  Office on February 16, 2018 to register the renewal copyright to the 1969

26  version of the Play pursuant to 17 U.S.C. §§ 304(a)(2), (a)(3); Pub. L. No. 102-

27  307, 106 Stat. 264 (June 26, 1992).  A true and correct copy of Plaintiff's

28  application for renewal registration of the Play, pending with the United States

Copyright Office, is attached hereto as Exhibit "B."  Plaintiff David Zindel, as Trustee for the testamentary trusts, also duly filed an application with the United States Copyright Office on February 16, 2018 to register the copyright and renewal copyright to the unabridged Play, pursuant to 17 U.S.C. §§ 304(a)(2), (a)(3); Pub. L. No. 102-307, 106 Stat. 264 (June 26, 1992).  A true and correct copy of Plaintiff's application for the renewal registration of the copyright to the Play, pending with the United States Copyright Office, is attached hereto as Exhibit "C."

## **The Picture**

30.    Defendants premiered *The Shape of Water* (the "Picture") at the Venice Film Festival on or about August 31, 2017, and released the Picture theatrically on or about December 1, 2017.  Plaintiff is informed and believes and based thereon alleges that Defendant FOX SEARCHLIGHT served as the production company and distributor of the Picture; Defendant TWENTIETH CENTURY FOX co-financed and is distributing the Picture; Defendant TSG co-financed the Picture; Defendant DEL TORO is credited as the writer/director/ producer of the Picture; and Defendant KRAUS acted as an associate producer on the Picture, and contributed to the Picture's story and screenplay.

31.    The Picture tells a story that is substantially similar, and in many ways identical, to that of the Play.  The Picture centers on a lonely janitorial cleaning woman, Elisa, who works at a laboratory facility that performs marine experiments for sinister, military purposes in the 1960s (during the height of the Cold War).  Elisa works with a talkative, humorous cleaning woman who complains about her marriage to her husband, whereas Elisa is mute and introverted.  Inside one of the laboratories, Elisa discovers an aquatic creature of advanced intelligence (an amphibian man) confined to a glass tank, and begins a loving relationship with the creature, discovering that it can indeed communicate – but chooses to do so only with her.  When she discovers that authorities at the

1    laboratory plan to kill the creature via "vivisection," ostensibly in the name of

2    scientific progress, Elisa hatches a plan to sneak the creature out of the lab in a

3    laundry cart and release him at a dock on an urban canal that feeds into the

4    ocean, where he will finally be free.

5         32.     Despite the glaring similarities between the Play and the obviously

6    derivative Picture, Defendants never bothered to seek or obtain a customary

7    license from Plaintiff of motion picture and ancillary rights to the Play, nor did

8    Defendants credit Zindel on the Picture.  Instead, the Picture is credited as

9    purportedly written solely by DEL TORO and Vanessa Taylor, based on a story

10   by DEL TORO.

11        33.     Plaintiff is informed and believes and based thereon alleges that

12   Defendants and/or their officers, agents, employees, licensees and assigns,

13   and/or persons acting in concert with them, had ready access to the Play, the

14   NET Production and A&E Production of the Play, and infringed the Play's

15   copyright in creating the Picture, a clear derivative work based on the Play,

16   which copies and incorporates key aspects of the Play.  Plaintiff is informed and

17   believes and on that basis alleges that Defendants and/or their officers, agents,

18   employees, licensees and assigns, and/or persons acting in concert with them,

19   had access to and knowledge of the Play by virtue of the widespread NET

20   Production and/or A&E Production, the numerous print publications of the Play,

21   and/or the live productions of the Play.  The widespread publication of the Play

22   in all its forms, coupled with the detailed and pervasive similarities the Picture

23   bears to the Play, evince that Defendants and/or their officers, agents,

24   employees, licensees and assigns, and/or persons acting in concert with them

25   created, produced, financed, and/or distributed the Picture knowing that it

26   infringed Zindel's original literary work.

27        34.     The alleged history behind how Defendants DEL TORO and

28   KRAUS developed the story for the Picture further evinces that the Picture is

derived from the Play.  According to an interview with DEL TORO published in the January 2018 issue of *Written By* (the Writers Guild of America trade magazine), DEL TORO had always wanted to make a film in the vein of *The Creature from the Black Lagoon*, but he had "never found a way to do" the story.  The article then recounts a pivotal meeting between him and Defendant KRAUS:

> "Finally, over a breakfast with novelist Daniel Krause [*sic*] in 2011, the code was broken.  The novelist shared with del Toro a story idea 'about a janitor that kidnaps an amphibian-man from a secret government facility. I said, 'That's the way in!'"

P. Hanson, "Del Toro's Labyrinth," *Written By* (Jan. 2018).

35.     KRAUS himself described the same meeting in a December 2017 interview with the online publication io9: "I don't remember how it came up, exactly, but [DEL TORO] asked me what I was working on and for some reason I brought up this idea[.]"  *See* https://io9.gizmodo.com/the-shape-of-water-novel-does-much-much-more-than-adap-1820895586 (the "io9 Interview"). According to KRAUS's website, the Picture is "[b]ased on an original idea by Guillermo del Toro and Daniel Kraus."  *See* http://www.danielkraus.com/.

36.     Significantly, KRAUS's description of how he allegedly came up with the "idea" for the Picture (that according to DEL TORO broke the story) points to Zindel's Play.  In the io9 Interview, KRAUS claims that when he was *fifteen years old* he "c[ame] up with the seed of a story about a creature locked in a lab and a janitor that tries to break it out."  Based on public reporting, Plaintiff is informed and believes and alleges that KRAUS was born in 1975, and, accordingly was fifteen years old in *1990 when the A&E Production of Zindel's Play first aired*.  KRAUS's io9 Interview further suggests that his "idea" for the Picture came from watching television. Tellingly, KRAUS' own description of the "seed of a story" centers on "a janitor that *tries to* break" the

1   creature out of a laboratory, suggesting that the breakout attempt was

2   unsuccessful, just as in Zindel's' Play.

3       37.    Plaintiff is informed and believes and based thereon alleges that

4   during all relevant times Defendant KRAUS was well aware of Zindel and

5   admired his work.  In or about June 2017, KRAUS published an article on

6   *Booklist Online* entitled "Booklist's 50 Best YA Books of All Time," for which

7   KRAUS wrote the introduction, naming Zindel's 1968 book *The Pigman* as the

8   third entry on his list.  *See* https://www.booklistonline.com/Booklist-s-50-Best-

9   YA-Books-of-All-Time-Kraus-Daniel/pid=8945051.  In his introduction,

10  KRAUS wrote, "We wanted to pay homage to august classics" as well as recent

11  works, and that "Literary quality was our highest qualifier[.]"  *Id.*

12      38.    Based on numerous public reports, Plaintiff is further informed and

13  believes and based thereon alleges that KRAUS and DEL TORO are both

14  lifelong, avid fans and consumers of science fiction and fantasy works.  For his

15  part, DEL TORO is reported to have amassed a collection of science fiction and

16  fantasy books, artwork, and memorabilia so vast that they had to be kept in two

17  standalone houses, dubbed "Bleak House" and "Bleak House 2," which are

18  dedicated solely to housing DEL TORO's collection.  *See, e.g.*,

19  https://www.nytimes.com/interactive/2015/10/07/movies/11guillermodeltoro-

20  house.html.  DEL TORO has told interviewers that the two houses are

21  "organized as a research library" with "13 libraries throughout."  *See* G. Vitello,

22  "Guillermo del Toro: Gods and Monsters," *Juxtapoz* (Aug. 2016) at 97.  He has

23  professed that he is "in love with books," *id.*, and has "really 10,000 favorite

24  books."  *See* https://nypost.com/2009/06/14/in-my-library-guillermo-del-toro/.

25      39.    Significantly for this action, DEL TORO has publicly stated his

26  admiration for illustrator Stephen Gammell, calling his *Scary Stories To Tell in*

27  *the Dark* "a favorite book of my youth," and announcing that he plans to

28  produce a film adaptation of the book.  *See* https://litreactor.com/news/

_____

COMPLAINT FOR COPYRIGHT INFRINGEMENT

guillermo-del-toro-adapting-scary-stories-to-tell-in-the-dark.  DEL TORO has

reportedly even collected several original Gammell drawings for display in

Bleak House.  *Id.*  Because Gammell was the ***illustrator*** for the 1974 edition of

Zindel's Play, it is difficult to imagine that DEL TORO, an avid fan and

collector of Gammell's work, and a devoted science fiction fan would be

unaware of the science fiction Play Gammell illustrated.

40.    In short, it cannot be dismissed as mere coincidence that KRAUS,

and then DEL TORO in collaboration with KRAUS, supposedly came up with

an "idea" that substantially resembled Zindel's Play.  Plaintiff is informed and

believes and on that basis alleges that KRAUS and Defendants, through their

officers, agents, employees, licensees and assigns, and/or persons acting in

concert with them, willfully and intentionally included the story, characters,

themes and other original elements from the Play in their Picture, in violation of

Plaintiff's copyrights and rights under copyright.  In the past, Defendant

KRAUS has demonstrated a rather flippant attitude toward incorporating other

authors' work into his own.  During an online question-and-answer session with

fans in 2016, KRAUS was asked about his "research resources" for a book he

wrote. KRAUS answered: "I stole (grave robbed?) from everything I could."

*See* https://www.reddit.com/r/books/comments/3vxz7x/im_daniel_kraus_

author_of_the_death_life_of/.

41.    Plaintiff is informed and believes and on that basis alleges that

KRAUS and DEL TORO have written a novelization of the Picture, which they

and Defendants intend to distribute (the "Novelization").  Plaintiff is informed

and believes and on that basis alleges that Defendants MACMILLAN intends to

publish the Novelization under the MACMILLAN imprint Feiwel & Friends.

Plaintiff is informed and believes and on that basis alleges that MACMILLAN

plans to publish the Novelization on or about March 6, 2018.  Plaintiff is

informed and believes and on that basis alleges that the Novelization reflects a

substantial portion of the story, elements, characters and themes depicted in the Picture, that the Novelization likewise constitutes a derivative work of the Play, and that, accordingly, the pending publication, sale, and distribution of the Novelization will likewise violate Plaintiff's copyrights and rights under copyright in the Play.

<u>**Overwhelming Similarities**</u>

<u>**Between the Play and the Picture**</u>

42.    Given that the Picture incorporates the story, elements, characters, and themes – large and small – of the Play, the Picture is by any objective measure substantially similar to Zindel's highly original Play.  Even minor overlapping elements, such as unusual words, phrases, or images, are so idiosyncratic that they are strong evidence of the pervasive influence and use of Zindel's literary work in the Picture.

43.    Set forth below are some of the more obvious similarities between the infringing Picture and the Play:

| **The Play** | **The Picture** |
|---|---|
| A. The story takes place during the 1960s (during the height of the Cold War). | The story takes place during the 1960s (during the height of the Cold War). |
| B. The genre is a blend of emotional human drama with fantasy and science fiction. | The genre is a blend of emotional human drama with fantasy and science fiction. |
| C. The mood is dreamy and oftentimes surreal, with fantasy sequences inside the main character's mind juxtaposed against real-world | The mood is dreamy and oftentimes surreal, with fantasy sequences inside the main character's mind juxtaposed |

suspense.

against real-world suspense.

D. Thematically, the story indicts mankind's cruelty toward other living creatures in the name of scientific "progress," and sends a touching message that love and empathy can overcome all odds and lead to magical discoveries.

Thematically, the story indicts mankind's cruelty toward other living creatures in the name of scientific "progress," and sends a touching message that love and empathy can overcome all odds and lead to magical discoveries.

E. The locale is a metropolitan East Coast city, close to a ***dock on a river that flows to the ocean***, which is key to a later development in the story.

The locale is a metropolitan East Coast city, close to a ***dock on a river canal that flows to the ocean***, which is key to a later development in the story.

F. The setting is a secret laboratory facility that conducts experiments for military use.

The key setting is a secret laboratory facility that conducts experiments for military use.

G. The main character is Helen, an unmarried, introverted cleaning woman who lives alone in an apartment.

The main character is Elisa, an unmarried, introverted cleaning woman who lives alone in an apartment.

H. Helen works the graveyard shift as one of the janitors at the laboratory facility.

Elisa works the graveyard shift as one of the janitors at the laboratory facility.

I. The action in the laboratory facility takes place between approximately midnight and dawn.

The action in the laboratory facility takes place between approximately midnight and dawn.

J. Six central characters interact at the laboratory facility: Helen (main character), Danielle (co-worker), Moray (Helen's supervisor), Crocus (scientist), Fridge (Crocus's assistant), and the creature.

Six central characters interact at the laboratory facility: Elisa (main character), Zelda (co-worker), Fleming (Elisa's supervisor), Strickland (government operative with scientific knowledge), Hoffstetler (scientist), and the creature.

K. The action in the facility takes place in the laboratory, the hallway leading to the laboratory, a locker room for the custodial staff, and the service elevator used by Helen and laboratory personnel.

The action in the facility largely takes place in the laboratory, the hallway leading to the laboratory, a locker room for the custodial staff, and the service elevator used by Elisa and laboratory personnel.

L. Helen starts her night shift in an impersonal locker room at the lab facility where she hangs her coat and gathers her equipment.

Elisa starts her night shift in an impersonal locker room at the lab facility where she hangs her coat and gathers her equipment.

M. Helen's co-worker at the laboratory

Elisa's co-worker at the laboratory

| | |
|---|---|
| is a garrulous, funny cleaning woman, Danielle, remarked on for her "idle ***chatter***," who prattles on while Helen remains silent. | is a garrulous, funny cleaning woman named Zelda, remarked on for her "***chatting***," who prattles on while Elisa remains silent. |
| N. Danielle makes pejorative remarks to Helen about Danielle's former husband such as, "Biggest mistake I ever made, getting married . . ." | Zelda makes pejorative remarks to Elisa about Zelda's husband such as "takes a lot of lies to keep a marriage going . . . ." |
| O. At the lab facility cleaning women like Helen and Danielle are treated condescendingly as the lowest-ranking employees. | At the lab facility cleaning women like Elisa and Zelda are treated condescendingly as the lowest-ranking employees. |
| P. A supervisor (Moray) keeps a close eye on Helen and Danielle's activities inside the laboratory and is regularly seen giving them instructions about their work. | A supervisor (Fleming) keeps a close eye on Elisa and Zelda's activities inside the laboratory and is regularly seen giving them instructions about their work. |
| Q. The supervisor (Moray) is an anxious worry wart and sucks up to the scientists at the lab facility. | The supervisor (Fleming) is an anxious worry wart and sucks up to authority at the lab facility. |
| R. Helen is presented as someone who finds private comfort in orderly daily routines. | Elisa is presented as someone who finds private comfort in orderly daily routines. |

1

2   S.  Helen is depicted as a                    Elisa is depicted as a

3       conscientious hard worker,                conscientious hard worker,

4       "immediately moving her                   moving her equipment into place

5       equipment into place and getting          and getting down on her hands

6       down on her hands and knees to            and knees to scrub *gum off the*

7       scrub the floor," including scraping      *floor*.

8       *gum off the floor* in the NET

9       Production of the Play.

10

11  T. In one of the laboratories that Helen     In one of the laboratories that

12      cleans, she finds that there is a         Elisa cleans, she finds that there is

13      fascinating *aquatic creature* (a         a fascinating *aquatic creature* (an

14      dolphin), held captive inside a           amphibian man) held captive

15      closed and claustrophobic glass           inside a closed and claustrophobic

16      water tank.                               glass water tank.

17

18  U. Muteness and communication are            Muteness and communication are

19      recurring themes.  Helen suggests         recurring themes. Elisa is a *mute*

20      that the creature, who does not yet       human, who can only sign, and

21      communicate with anyone at the            strongly identifies with the

22      lab, may be "*mute*" and compares         creature, who does not yet

23      the creature to a *"mute" human*          communicate with anyone at the

24      *being.*                                  lab.

25

26  V. The laboratory has a larger               The laboratory has a larger

27      tank/pool where the creature is           tank/pool where the creature is

28      allowed to swim around, at the            allowed to swim around, at the

1    scientists' discretion.                    scientists' discretion.

2

3    W. The scientists are studying the         The scientists are studying the

4        creature's advanced abilities for      creature's advanced abilities for

5        potential military applications and    potential military applications and

6        advantages.                            advantages.

7

8    X. The use of the creature for military    The use of the creature for

9        purposes is presented as the sinister  military purposes is presented as

10       exploitation of an innocent being.     the sinister exploitation of an

11                                              innocent being.

12

13   Y. The lead doctor at the laboratory is    The lead doctor at the laboratory

14       described as a highly dedicated        is portrayed as a highly dedicated

15       scientist.                             scientist.

16

17   Z. The laboratory is stocked with          The laboratory is stocked with

18       scientific tools and implements that   scientific tools and implements

19       are used for performing experiments    that appear to be used for

20       on the creature.                       performing experiments on the

21                                              creature.

22

23   AA. ***Electrodes*** attached to the        ***Electrodes*** are used to control the

24       creature's head are used to control    creature: Strickland repeatedly

25       and incite reactions from the          uses an electric cattle prod to

26       creature.                              control and incite reactions from

27                                              the creature.

28

_____
COMPLAINT FOR COPYRIGHT INFRINGEMENT
20

| | |
|---|---|
| BB. Crocus uses the electrodes on the creature to stimulate and test the creature's emotional response such as "pain," "pleasure," "fear" and "anger." | Strickland uses the electric cattle prod on the creature, while saying, "Is that you crying? Is that what it is? . . . Or maybe you're angry?" |
| CC. The scientists at the laboratory are particularly interested in learning whether the creature can *communicate*. As one character emphasizes, "And if we can teach them our language, or learn theirs – we'll be able to *communicate*." | A scientist at the laboratory is particularly interested in learning whether the creature can *communicate*. The scientist emphasizes, "This creature, I think it may be able to *communicate*. . . with us." |
| DD. Moray explains that if the creature could communicate with humans, it "would be *worshipped* in oceanography." | Strickland explains about the creature, "You know the natives in the amazon *worshipped* it as a God." |
| EE. A recurring motif is a romantic vintage song playing on a *record player inside the laboratory where the creature resides*, facilitating the close emotional relationship between Helen and the creature. | A recurring motif is a romantic vintage song playing on a *record player inside the laboratory where the creature resides*, facilitating the close emotional relationship between Elisa and the creature. |
| FF. Despite being set in the 1960s, | Despite being set in the 1960s, the |

| | |
|---|---|
| the Play prominently features music popularized by Hollywood musicals from the 1930s and 1940s. | Picture prominently features music popularized by Hollywood musicals from the 1930s and 1940s. |
| GG. The romantic music played on the record player is a key musical cue to transition between scenes and heighten the mood and emotional resonance of the Play. | The romantic music played on the record player is a key musical cue to transition between scenes and heighten the mood and emotional resonance of the Picture. |
| HH. While the romantic song "Let Me Call You Sweetheart" (famously *featured in a 1940s musical film*) plays on a record player in the laboratory, Helen bonds with the creature by scrubbing the floor to the rhythm of the music, singing along with the record, and exchanging playful glances with the creature, who watches her intently from inside the glass tank. | While the romantic song "I Know Why (And So Do You)" (famously *featured in a 1940s musical film*) plays on a record player in the laboratory, Elisa bonds with the creature by dancing to the music while mopping the floor and exchanging playful glances with the creature, who watches her intently from inside the glass tank. |
| II. Helen's scrubbing to **"*Let Me Call You Sweetheart*"** evokes a famous Gene Kelly routine from the 1943 film *Thousands Cheer*, | Elisa's dancing with the mop parallels the same Gene Kelly routine from the 1943 film *Thousands Cheer*, in which Kelly |

in which Kelly dances to **"Let Me Call You Sweetheart"** with a mop as his partner.

dances to **"Let Me Call You Sweetheart"** with a mop as his partner.

JJ. Helen secretly shares her **lunch** with the creature. She attempts to gain the creature's trust by giving it sliced ham from her bag.

Elisa secretly shares her **lunch** with the creature. She attempts to gain the creature's trust by giving it hardboiled eggs from her bag.

KK. The creature makes exotic aquatic sounds in responding to Helen.

The creature makes exotic aquatic sounds in responding to Elisa.

LL. While they are alone, Helen tenderly strokes the creature.

While they are alone, Elisa tenderly strokes the creature.

MM. After spending time alone in the laboratory trying to understand and communicate with the creature, Helen forms a deep loving bond with the creature.

After spending time alone in the laboratory trying to understand and communicate with the creature, Elisa forms a deep loving bond with the creature.

NN. Lab personnel are encouraged to have a detached attitude to the animal specimens being studied. One character explains, "You will do best not to become fond of the subject animals . . . it has

Lab personnel are encouraged to have a detached attitude to the animal specimens being studied. One character explains, "This thing dies, you learn, I leave," admonishing another not to "fall

| | |
|---|---|
| concerned me that you've apparently grown . . . fond . . . of the mammal." | in love with [your] playthings" and "bottom line is this isn't a petting zoo." |
| OO. The creature "*hate[s]*" mankind, except for Helen, for whom he ultimately professes his "love." | The creatures "*hates* mankind, but not" Elisa, for whom he ultimately professes his love. |
| PP. At one point, Helen asks if a cat was decapitated. | The cat of Elisa's neighbor is decapitated. |
| QQ. Moray comments, "To look at these mammals, you'd better suspect they were such rapacious *carnivores*." | Strickland comments, "They never learn their place. Rover, Lassie, Spot.  They're *carnivores*." |
| RR. Helen remarks that the pastry, "lady fingers", is a "strange," "almost macabre" term. | A character's fingers are bitten off and lie on the floor; later after the fingers are reattached, but decaying, the character rips them off in a macabre fashion. |
| SS. Helen learns that the powers that be at the laboratory have decided to *kill the creature* because the creature refuses to cooperate and studying it has not yielded | Elisa learns that the powers that be at the laboratory have decided to *kill the creature* because the creature refuses to cooperate and studying it has not yielded |

1    satisfactory results.                              satisfactory results.

2

3    TT. The lab personnel use a unique                The lab personnel use a unique

4        scientific term when describing how           scientific term when describing

5        they are going to kill the creature:          how they are going to kill the

6        "*vivisection*."                               creature: "*vivisect*."

7

8    UU. Moray claims that vivisection will            Strickland claims that vivisection

9        provide critical scientific                   will provide critical scientific

10       knowledge.                                     knowledge.

11

12   VV. Helen's discovery that the lab                Elisa's discovery that the lab will

13       will kill the creature provides a             kill the creature provides a

14       "ticking clock" literary device that          "ticking clock" literary device that

15       drives the plot, wherein Helen must           drives the plot, wherein Elisa must

16       now find a way to rescue the                   now find a way to rescue the

17       creature before time runs out.                creature before time runs out.

18

19   WW. Helen defends the creature's                  Elisa defends the creature's right

20       right to live by comparing him to a           to live by comparing him to

21       "mute" human being, insisting,                herself, a mute human being,

22       "Some human beings are mute, you              signing: "And what am I?  I move

23       know.  Just because they can't talk           my mouth – like him – and I make

24       we don't kill them."                          no sound – like him.  What does

25                                                      that make me?"

26

27   XX. A concerned Helen tries to                    A concerned scientist (Hoffstetler)

28       persuade her supervisors, pleading            tries to persuade his supervisors,

| | |
|---|---|
| not to kill the creature. | pleading not to kill the creature. |
| YY. The creature stares at Helen, silently imploring her for help. | The creature stares at Elisa silently imploring her for help with pained eyes. |
| ZZ. Helen decides that she will sneak the creature out of the laboratory and set it free at the dock on the river that feeds "***to the sea***" (the Atlantic Ocean). | Elisa decides that she will sneak the creature out of the laboratory and set it free at the dock on the canal that feeds "***to the sea***" (the Atlantic Ocean). |
| AAA. To spring the creature from the lab, Helen plans to hide him in a large rolling ***laundry cart***. | To spring the creature from the lab, Elisa plans to hide him in a large rolling ***laundry cart***. |
| BBB. While Helen attempts her escape plan, a character notices that Helen has left her mop and coat but is nowhere to be found, and becomes concerned about what Helen is up to. | While Elisa attempts her escape plan, a character notices that Elisa has not left for the day but is nowhere to be found, and becomes concerned about what Elisa is up to. |
| CCC. The scientist takes out and slowly fills a ***hypodermic syringe***, preparing to kill the creature. | The scientist takes out and slowly fills a ***hypodermic syringe***, preparing to kill the creature. |
| DDD. In a suspenseful and dramatically resonant moment, | In a suspenseful and dramatically resonant moment, Elisa is seen |

| | | |
|---|---|---|
| 1 | Helen is seen tenderly embracing | tenderly embracing the creature as |
| 2 | the creature as she lifts it out of the | she lifts it out of the tank to free it |
| 3 | tank to free it from captivity. | from captivity.  Later, Elisa |
| 4 | Helen's embrace of the creature is | embraces the creature behind a |
| 5 | behind a curtain pulled across the | shower curtain. |
| 6 | tank like a shower curtain. | |
| 7 | | |
| 8 | EEE. Although she was formerly | Although she was formerly shy |
| 9 | shy and compliant, Helen's | and compliant, Elisa's |
| 10 | enlightening experience and | enlightening experience and |
| 11 | recognition by the creature | recognition by the creature |
| 12 | inspires her to defiantly stand | inspires her to defiantly stand |
| 13 | up to her hated superior who | up to her hated superior who |
| 14 | wants to kill the creature. | wants to kill the creature. |
| 15 | | |
| 16 | FFF. There is a vivid ***underwater*** | There is an ***underwater fantasy*** at |
| 17 | ***fantasy*** sequence starring the | the opening, and later a vivid |
| 18 | creature, which appears to be a | fantasy sequence, starring the |
| 19 | product of Helen's imagination. | creature, which appear to be |
| 20 | | products of Elisa's imagination. |
| 21 | | |
| 22 | GGG. Helen's and the creature's | Elisa's and the creature's |
| 23 | relationship follows a specific | relationship follows a specific |
| 24 | dramatic arc.  After first being told | dramatic arc.  After first being |
| 25 | not to interact with the creature, | told not to interact with the |
| 26 | Helen dares to visit the creature, | creature, Elisa dares to visit the |
| 27 | bonding with it through | creature, bonding with it through |
| 28 | progressively more intimate | progressively more intimate |

---

COMPLAINT FOR COPYRIGHT INFRINGEMENT

| | |
|---|---|
| connections: curiosity, playful glances, food, music playing on the record player, then actual communication, tender touching, and finally love and a resolution to save the creature's life. | connections: curiosity, playful glances, food, music playing on the record player, then actual communication, tender touching, and finally love and a resolution to save the creature's life. |
| HHH. Both Helen and the creature transform as a result of their relationship, with the creature becoming more humanlike, developing recognizable human emotions, and Helen becoming truer to herself, expressing her feelings without apology. | Both Elisa and the creature transform as a result of their relationship, with the creature becoming more humanlike, developing recognizable human emotions, and Elisa becoming truer to herself, expressing her feelings without apology. |
| III. The Play ends with the message that love, empathy and compassion; even the unlikely love between a lonely seemingly unremarkable cleaning lady and an extraordinary, intelligent creature, triumphs over fear, violence and ordinary demonstrations of power. | The Play ends with the message that love, empathy and compassion, even the unlikely love between a lonely seemingly unremarkable cleaning lady and a fantastic intelligent creature, triumphs over fear, violence and ordinary demonstrations of power. |

44.     Notably, ostensibly minor yet memorably unusual elements such as the appearance of a record player in a science lab, the reference to a decapitated cat, macabre severed fingers, Elisa dancing with a mop like Gene Kelley did to

the exact song featured in the Play, repeated use of the same terms of expression, including the uncommon medical term "vivisection" are, cumulatively, strong evidence that the Play exerted pervasive influence over the creation of the clearly derivative Picture.

45.     In addition, the Picture undeniably includes elements that ***appeared onscreen in the NET Production of the Play***, evidencing that one or more Defendants (and/or their officers, agents, employees, licensees and assigns, and/or persons acting in concert with them) had seen the NET Production and incorporated elements of it in the Picture.  In particular, Helen's "coat" referenced in the Play is shown in the NET Production as a green wool overcoat. In the Picture, the coat of the parallel character Elisa is a green wool overcoat. In the NET Production, when the song "Let Me Call You Sweetheart" plays on a record player in the laboratory, Helen ***dances with a mop*** to amuse and flirt with the creature.  Matching the NET Production, the Picture stages a key scene in which Elisa ***dances with a mop*** to amuse and flirt with the creature while a romantic song from the same period plays on the record player in the laboratory.

46.     Moreover, the design of the Picture's creature, which was directed by DEL TORO, was reportedly heavily influenced by dolphin anatomy and behavior.  The Picture's visual effects supervisor who works under DEL TORO has publicly stated that he relied on footage of ***a dolphin*** for the creature's movement. *See Forbes*, "Dennis Berardi Talks the VFX Behind The Shape Of Water" (Dec. 18, 2017).  In fact, the visual effects supervisor described the creature in the Picture as "Michael Phelps mixed with ***a dolphin***." *Id.* (emphasis added).  Similarly, the supervising sound editor on the Picture publicly stated that he "used those ***dolphin-like*** noises as initial inspiration" for the creature's vocalizations.  *See Vanity Fair*, "Listen Carefully, and You'll Find Guillermo del Toro's Shape of Water Cameo," (Feb. 16, 2018) (emphasis added).

47.     In addition, the creature from the Play and the creature from the

_____
COMPLAINT FOR COPYRIGHT INFRINGEMENT
29

Picture exhibit numerous behavioral similarities.  In the Picture, the creature is highly intelligent and is shown learning to communicate with Elisa; dolphins, similarly, are known for their highly developed intellect and their advanced sonar powers and communicative capabilities, much of which we still do not fully comprehend.  Indeed, it is a short walk from the amazing dolphin in the Play who learns to speak English and says "LOVE," to the amphibian man-creature from the Picture, given that dolphins, despite their alien appearance, are known to exhibit human behavioral, sexual and social conduct; mimic human speech; and to form deep personal bonds with humans.

48.     The early production design of the laboratory for the Picture also tellingly points to the creators' knowledge of the Play.  An early illustration of the laboratory, which has been publicly disclosed, clearly shows a semi-opaque curtain strung on a curtain rod across the creature's open tank, acting as a visual barrier to anyone standing on the laboratory floor.  *See* https://www. hollywoodreporter.com /news/how-guillermo-del-toros-black-lagoon-fantasy-inspired-shape-water-1053206.  (The production design was described to *The Hollywood Reporter* by the Picture's production designer, whom Plaintiff is informed and believes and on that basis alleges worked under DEL TORO's supervision.)  The Play expressly uses a curtain in the same way:  the curtain is hung around the front of the creature's tank in the laboratory, "shielding" the creature from view whenever it is pulled across.  Indeed, in the NET Production of the Play, the curtain is a semi-opaque curtain strung on a rod across the creature's open tank, as depicted in the early production design for the Picture.  Although the creators of the Picture removed the curtain from the laboratory in its final released version, the curtain's early inclusion further indicates that the Picture was directly derived from the Play.

49.     Based on the above, it is inescapable that the Picture is an unlicensed derivative work of the Play, and that Defendants have prepared,

produced, copied, distributed, exploited, and/or authorized others to prepare,
produce, copy, distribute, or exploit the Picture in violation of Plaintiff's
copyrights and rights under copyright in the Play.  Plaintiff is informed and
believes and based thereon alleges that Defendants will continue to prepare,
produce, copy, distribute or exploit, and/or authorize others to copy, distribute or
exploit the infringing Picture and ancillary derivative works which copy and
exploit the Play in violation of the Copyright Act.  Plaintiff is likewise informed
and believes and based thereon alleges that Defendants have prepared and will
distribute or exploit, and/or authorize others to prepare, produce, copy, distribute
or exploit the infringing Novelization and ancillary derivative works which copy
and exploit the Play in violation of the Copyright Act.

50.    As a direct and proximate result of Defendants' actions Plaintiff
will suffer imminent and irreparable harm, much of which cannot be reasonably
or adequately measured or compensated in damages.

### Public Reaction to the Picture

51.    The Picture has received an outpouring of critical praise since its
December 2017 release, and has been nominated for awards by dozens of film
associations worldwide.  The Picture received seven nominations for Golden
Globes Awards, including for Best Motion Picture (Drama) and Best
Screenplay, and received thirteen nominations for Academy Awards, including
for Best Picture and Best Original Screenplay.  Indeed, to date the Picture has
received at least thirteen nominations from various film societies and
associations for the category of "***Best Original Screenplay***."  It is evident that
much of the press's and industry's admiration for the Picture stems from the
perception that the Picture is an original work of art.

52.    The Picture has also struck a chord with audiences.  Based on
public reporting, Plaintiff is informed and believes and on that basis alleges that,
to date, the Picture has earned at least $50 million in domestic box office

receipts and an additional $24 million in foreign box office receipts.

53.     However, members of the public who are familiar with the Play have pointedly observed that the Picture appears to be an adaptation of Zindel's work.  Filmgoers have highlighted the substantial similarities between the Play and the Picture through social media posts and online forums, including by way of example, the following:

- At the film review website RogerEbert.com, Leo Doroschenko commented, "Was the film influenced by Paul Zindel's short play LET ME HEAR YOU WHISPER (it use to be frequently on PBS)?"  The user further posted: ". . . there is NO WAY someone involved in the story" of the Picture "was unfamiliar with the play.  There are way too many similarities."  Another RogerEbert.com user responded, "I remember reading that in seventh grade; it definitely came to mind when I first read the summary of the movie."

- Alfred Brock posted on Twitter: "The Shape of Plagiarism?  'Let Me Hear You Whisper' . . . Like Apocalypse Now and Joseph Conrad's 'The Heart of Darkness'

- Shanna Lodge posted on Twitter: "Quick Google search indicates that I am not the only one to see the similarity between this film and the @paulzindel play.  #TheShapeofWater"

- Edward @ SavogoRoyal posted on Twitter: "Is it just me or does the Del Toro 'The Shape of Water' trailer seem way to similar to the play 'Let Me Hear You Whisper' by Paul Zindel?"

- Jonathan Yee posted on Twitter: "The new del toro movie reminds me of Paul Zindel's 'Let Me Hear You Whisper' a one act play about a janitor and an experimental dolphin"

- Danielle @daniellegee posted on Twitter: "Am I the only one who just thought of 'Let Me Hear You Whisper' during 'The Shape of Water'?

---

1    Surely it wasn't just me!"

2    • AScottFitz posted on Twitter: "Not sure I buy the 'he never saw it' line.

3    We watched Let Me Hear You Whisper in 8th grade English class in the

4    late '80s.  The play was in our anthology book."

5    • Referring to whether the Picture copied the Play, Andrew Paul Wood

6    posted on Twitter: "it's one of my favourite plays and I can totally see

7    it[.]"

8    • John Podhoretz (the editor of *Commentary* magazine) posted on Twitter:

9    "whoa.  Sounds like 'The Shape of Water' has a sourcing problem."

10   • In response to another's recommendation to "[s]ee" the Picture,

11   TheJediPorg posted on Twitter: "Or you could find a production of 'Let

12   me hear you whisper' to watch instead."

13   • Peter Bernhart commented on the CBC News YouTube channel:  "Do the

14   film's credits acknowledge the television play from the 1960's, 'Let Me

15   Hear You Whisper,' which was broadcast on Public Television in at least

16   two versions?"

17   • At the RPG.net, a user commented, "Re: So, the trailer for Guillermo del

18   Toro's new movie is out … It actually kinda feels like the weirdest

19   remake of *Let Me Hear You Whisper* possible."

20   • At the Turner Classic Movies website, a user commented, "The Shape of

21   Water looks like it was pretty much lifted from a play by Paul Zindel

22   called 'Let Me Hear You Whisper.'  Zindels 1960s play is about a cleaner

23   in a research lab who forms an attachment to a dolphin that's being used

24   for research.  Hmmmm."

25   • At the website SFcrowsnest.info, a user commented, "As soon as I saw

26   the creature slap the window of his container, I knew that the cleaning

27   lady was going to sneak him out in the laundry hamper.  I had seen the

28   1969 airing of Let Me Hear You Whisper and even though I had not given

_____
COMPLAINT FOR COPYRIGHT INFRINGEMENT

1    it a thought since I saw it (I was nine years old at the time), I recognized
2    that I was watching it again."

3  • On Facebook, the community Trust Me, I'm a Nerd posted an embedded
4    trailer for the Picture and commented, "So it's a movie version of Paul
5    Zindell's [*sic*] 'Let me hear you whisper'?"

6  • Zack Smith posted on Facebook: "So, THE SHAPE OF WATER's plot is
7    a LOT like this play that was reprinted in several English class books
8    when I was growing up called LET ME HEAR YOU WHISPER . . .
9    There were two filmed versions on PBS and such . . . ."

10  • Barbara Kahn posted on Facebook: "I saw The Shape of Water.[]It
11    reminded me very much of the wonderful play by Paul Zindel called Let
12    Me Hear You Whisper, about a cleaning lady in a government lab where
13    they are trying to train a captive dolphin. There was also a TV version,
14    but it hasn't been shown for years."

15  • Dave Marshall posted on Facebook: "So The Shape of Water was not
16    inspired by the TV play Let Me Hear You Whisper? . . . Zindel wrote
17    young adult horror style fiction. 55 books. He won a Pulitzer Prize for a
18    script later directed by Paul Newman about Man in the Moon Marigolds
19    starring his wife. Daniel Kraus, very similarly, writes within the exact
20    same field of fiction but for a later generation. Kraus is of an age to have
21    been within Zindel's target audience. Come on, 'fees [*sic*] up."

22  • Marcallen Bell posted on Facebook: "The similarities are too close – the
23    only thing the movie had going for it was best original screen play – and
24    lookie-lookie – it's exactly like another artist's work[.]"

25  • David Hayward Bain posted on Facebook, in reference to a Guardian.com
26    article on the subject: "The source for the problem seems to be a Chicago
27    YA novelist, Daniel Kraus . . . If he forgot the source of inspiration he
28    certainly retained all the plot points."

---

- On the webpage for the Picture on IMDB.com, IMDB has added the comment: "Story bears a strong resemblance to Paul Zindel's 'Let Me Hear You Whisper,' which was a play and which aired on TV in May 1969. Story centers of [*sic*] a night cleaner in a research lab who forms a strong bond with a dolphin held for research purposes. She learns to communicate with it."

- Joseph Dougherty posted on Facebook: "How can 'Shape of Water' be nominated for Best Original Screenplay when its premise, plot, and central character are ripped off from Paul Zindel's 1969 play 'Let Me Hear You Whisper'?"

54. Plaintiff is informed and believes and based thereon alleges that much of the popularity and acclaim that the Picture has attracted is due to the original story, elements, characters, and themes authored by Zindel and exploited in the Picture, as well as the widespread false perception that the Picture is an original work. Plaintiff is therefore informed and believes and based thereon alleges that Defendants' infringement of the Play has generated substantial profits for Defendants and has elevated the reputation and stature of Defendants and their officers, agents, employees, licensees and assigns, and/or persons acting in concert with them, involved in creating, financing, producing, and/or distributing the infringing Picture.

## FIRST CLAIM FOR RELIEF

### (Copyright Infringement against all Defendants)

55. Plaintiff re-alleges and incorporates by reference paragraphs 1 through 54 inclusive, as though fully set forth herein.

56. The Play is a wholly original work and copyrightable subject matter under the laws of the United States.

57. The Play was produced and distributed in strict conformity with the provisions of the Copyright Act and all other laws governing copyright.

58.     The 1969 version of the Play containing minor abridgements was registered with the United States Copyright Office.  Plaintiff as Trustee for the David Zindel Trust and the Lizabeth Zindel Trust duly filed an application with the United States Copyright Office on February 16, 2018 to register the renewal copyright to the 1969 version of the Play.  *See* Exhibit B.  Plaintiff as Trustee for said testamentary trusts also duly filed an application with the United States Copyright Office on February 16, 2018 to register the renewal copyright to the unabridged Play.  *See* Exhibit C.

59.     By their exploitation and release of the Picture, a film indisputably derived from the Play, Defendants and/or their officers, employees, and/or agents knowingly and willfully infringed, and will continue to infringe, Plaintiff's copyright and rights under copyright in the Play.

60.     Each infringement by Defendants of the Play constitutes a separate and distinct act of infringement.

61.     Plaintiff has placed Defendants on notice of their infringement, yet Defendants continue to infringe Plaintiff's rights under copyright, in willful disregard of and indifference to Plaintiff's rights.

62.     As a direct and proximate result of Defendants' copyright infringement, Plaintiff has suffered and will continue to suffer severe injuries and harm, much of which cannot be reasonably or adequately measured or compensated in money damages if such wrongful conduct is allowed to continue unabated.  The ongoing harm this wrongful conduct will continue to cause Plaintiff is both imminent and irreparable.

63.     Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a preliminary injunction, during the pendency of this action, and to a permanent injunction, enjoining Defendants, their officers, agents and employees, and all persons acting in concert with them, from engaging in such further violations of the Copyright Act.

64.    Plaintiff is further entitled to recover from Defendants the damages, including pre-judgment interest Plaintiff sustained and will sustain, and any income, gains, profits, and advantages obtained by Defendants as a result of their wrongful acts alleged hereinabove, in an amount which cannot yet be fully ascertained, but which shall be assessed at the time of trial.

65.    Plaintiff is further entitled to attorney's fees and full costs pursuant to 17 U.S.C. § 505.

## SECOND CLAIM FOR RELIEF

### (Contributory Copyright Infringement against all Defendants)

66.    Plaintiff re-alleges and incorporates by reference the allegations set forth above in Paragraphs 1 through 65 inclusive, as though fully set forth herein.

67.    Plaintiff is informed and believes, and on that basis alleges, that Defendants induced, caused, or materially contributed to the copyright infringement by others of the Play as alleged herein.  Plaintiff is informed and believes, and on that basis alleges, that Defendants knew or had reason to know that the conduct of such other parties infringed Plaintiff's copyright and rights under copyright.

68.    Each infringement by Defendants and/or the DOE Defendants, of the Play constitutes a separate and distinct act of infringement.

69.    As a direct and proximate result of Defendants' contributory copyright infringement, Plaintiff has suffered and will continue to suffer severe injuries and harm, much of which cannot be reasonably or adequately measured or compensated in money damages if such wrongful conduct is allowed to continue unabated.  The ongoing harm this wrongful conduct will continue to cause Plaintiff is both imminent and irreparable.

70.    Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a preliminary injunction, during the pendency of this action, and to a permanent injunction,

1  enjoining Defendants, their officers, agents and employees, and all persons

2  acting in concert with them, from engaging in such further violations of the

3  Copyright Act.

4       71.    Plaintiff is further entitled to recover from Defendants the damages,

5  including pre-judgment interest Plaintiff sustained and will sustain, and any

6  income, gains, profits, and advantages obtained by Defendants as a result of

7  their wrongful acts alleged hereinabove, in an amount which cannot yet be fully

8  ascertained, but which shall be assessed at the time of trial.

9       72.    Plaintiff is further entitled to attorney's fees and full costs pursuant

10  to 17 U.S.C. § 505.

## THIRD CLAIM FOR RELIEF

### (Vicarious Copyright Infringement against all Defendants)

13       73.    Plaintiff re-alleges and incorporates by reference paragraphs 1

14  through 72 inclusive, as though fully set forth herein.

15       74.    Plaintiff is informed and believes and thereon alleges that

16  Defendants, and each of them, if not directly liable for infringement of

17  Plaintiff's copyright in the Play, are vicariously liable for said infringements.

18  Plaintiff is informed and believes and thereon alleges that Defendants had the

19  right and ability to supervise the infringing conduct of others, including without

20  limitation the infringing conduct of co-Defendants, including Defendants DOES

21  1 through 10.

22       75.    Plaintiff is informed and believes and thereon alleges that

23  Defendants possessed a direct financial interest in the infringing conduct of such

24  other parties.

25       76.    Each infringement by Defendants and/or the DOE Defendants of

26  the Play constitutes a separate and distinct act of infringement.

27       77.    As a direct and proximate result of Defendants' vicarious copyright

28  infringement, Plaintiff has suffered and will continue to suffer severe injuries

and harm, much of which cannot be reasonably or adequately measured or compensated in money damages if such wrongful conduct is allowed to continue unabated.  The ongoing harm this wrongful conduct will continue to cause Plaintiff is both imminent and irreparable.

78.     Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a preliminary injunction, during the pendency of this action, and to a permanent injunction, enjoining Defendants, their officers, agents and employees, and all persons acting in concert with them, from engaging in such further violations of the Copyright Act.

79.     Plaintiff is further entitled to recover from Defendants the damages, including pre-judgment interest Plaintiff sustained and will sustain, and any income, gains, profits, and advantages obtained by Defendants as a result of their wrongful acts alleged hereinabove, in an amount which cannot yet be fully ascertained, but which shall be assessed at the time of trial.

80.     Plaintiff is further entitled to attorney's fees and full costs pursuant to 17 U.S.C. § 505.

## **<u>PRAYER FOR RELIEF</u>**

WHEREFORE, Plaintiff prays for judgment against the Defendants as follows:

### <u>ON THE FIRST CLAIM FOR RELIEF</u>

1.     For an order preliminarily during the pendency of this action and thereafter, permanently, (i) enjoining Defendants, their officers, agents, employees, licensees and assigns, and all persons acting in concert with them, from infringing the copyrights in the Play, in any manner, and (ii) enjoining Defendants, their officers, agents, employees, licensees and assigns, and all persons acting in concert with them, from engaging in or authorizing the production, reproduction, distribution and/or exploitation of the infringing Picture, the infringing Novelization, and ancillary products based thereon,

1   derived from the Play, without Plaintiff's express written license and consent.

2          2.     For compensatory and consequential damages, according to proof

3   in an amount determined at trial, together with interest thereon as provided by

4   law;

5          3.     For an accounting and restitution to Plaintiff of all gains, profits and

6   advantages Defendants have derived from their production, distribution and

7   exploitation of the infringing Picture, the infringing Novelization, ancillary

8   exploitations based thereon, and from their copyright infringement of the Play;

9   and

10         4.     For such other and further relief and remedies available under the

11  Copyright Act, 17 U.S.C. §§ 101 *et seq*., which the Court may deem just and

12  proper.

13                  ON THE SECOND CLAIM FOR RELIEF

14         5.     For an order preliminarily during the pendency of this action and

15  thereafter, permanently, (i) enjoining Defendants, their officers, agents,

16  employees, licensees and assigns, and all persons acting in concert with them,

17  from infringing the copyrights in the Play, in any manner, and (ii) enjoining

18  Defendants, their officers, agents, employees, licensees and assigns, and all

19  persons acting in concert with them, from engaging in or authorizing the

20  production, reproduction, distribution and/or exploitation of the infringing

21  Picture, the infringing Novelization, and ancillary products based thereon,

22  derived from the Play, without Plaintiff's express written license and consent.

23         6.     For an award of Defendants' profits and Plaintiff's compensatory

24  and consequential damages, according to proof in an amount determined at

25  trial, together with interest thereon as provided by law;

26         7.     For an order requiring that Defendants provide a complete

27  accounting and for the restitution to Plaintiff of all monies, gains, profits and

28  advantages Defendants have derived from their production, distribution and

1   exploitation of the infringing Picture, the infringing Novelization, and ancillary

2   products based thereon, and from their copyright infringement of the Play;

3         8.    For an order imposing a constructive trust over all monies, gains,

4   and profits Defendants derive from their production, distribution and

5   exploitation of the infringing Picture, the infringing Novelization, and ancillary

6   products based thereon, and from their copyright infringement of the Play; and

7         9.    For such other and further relief and remedies available under the

8   Copyright Act, 17 U.S.C. §§ 101 *et seq.*, which the Court may deem just and

9   proper.

10               <u>ON THE THIRD CLAIM FOR RELIEF</u>

11         10.   For an order preliminarily during the pendency of this action and

12   thereafter, permanently, (i) enjoining Defendants, their officers, agents,

13   employees, licensees and assigns, and all persons acting in concert with them,

14   from infringing the copyrights in the Novel, in any manner, and (ii) enjoining

15   Defendants, their officers, agents, employees, licensees and assigns, and all

16   persons acting in concert with them, from engaging in or authorizing the

17   production, reproduction, distribution and/or exploitation of the infringing

18   Picture, the infringing Novelization, and ancillary products based thereon,

19   derived from the Play, without Plaintiff's express written license and consent.

20         11.   For an award of Defendants' profits and Plaintiff's compensatory

21   and consequential damages, according to proof in an amount determined at

22   trial, together with interest thereon as provided by law;

23         12.   For an order requiring that Defendants provide a complete

24   accounting and for the restitution to Plaintiff of all monies, gains, profits and

25   advantages Defendants have derived from their production, distribution and

26   exploitation of the infringing Picture, the infringing Novelization, and ancillary

27   exploitations based thereon, and from their copyright infringement of the

28   Novel;

13.    For an order imposing a constructive trust over all monies, gains, and profits Defendants derive from their production, distribution and exploitation of the infringing Picture, the infringing Novelization, and ancillary exploitations based thereon, and from their copyright infringement of the Play; and

14.    For such other and further relief and remedies available under the Copyright Act, 17 U.S.C. §§ 101 *et seq.*, which the Court may deem just and proper.

## ON ALL CLAIMS FOR RELIEF

15.    For Plaintiff's costs of suit;

16.    For interest at the highest lawful rate on all sums awarded Plaintiff other than punitive damages;

17.    For reasonable attorneys' fees; and

18.    For such other and further relief as the Court deems just and appropriate.

Dated: February 21, 2018          TOBEROFF & ASSOCIATES, P.C.


By: _____*/s/ Marc Toberoff*_____
                    Marc Toberoff

Attorneys for Plaintiff David Zindel, as
Trustee for the David Zindel Trust and
Lizabeth Zindel Trust

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JURY TRIAL DEMANDED**

Plaintiff hereby requests a trial by jury on each claim for relief alleged in the Complaint that is triable by a jury.

Dated: February 21, 2018          TOBEROFF & ASSOCIATES, P.C.


By: _____*/s/ Marc Toberoff*_____
                    Marc Toberoff

Attorneys for Plaintiff David Zindel, as
Trustee for the David Zindel Trust and
Lizabeth Zindel Trust

---

COMPLAINT FOR COPYRIGHT INFRINGEMENT