JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ZINDEL, | No. CV 18-1435 PA (KSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| FOX SEARCHLIGHT PICTURES, INC., et al., | |
| Defendants. | |

In accordance with the Court's July 23, 2018 Order granting the Motion to Dismiss the Complaint filed by defendants Fox Searchlight Pictures, Inc.; Twentieth Century Fox Film Corporation; TSG Entertainment Finance LLC; Guillermo del Toro; and Daniel Kraus and the Motion to Dismiss Plaintiff's Complaint Against Defendant MacMillan Publishing Group, LLC filed by defendant Macmillan Publishing Group, LLC, it is ORDERED, ADJUDGED, and DECREED that:

1. Plaintiff takes nothing;

2. The action is dismissed with prejudice, and Defendants are entitled to recover their costs of suit.

DATED: July 23, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE