1  Marc Toberoff (CA State Bar No. 188547)
   *mtoberoff@toberoffandassociates.com*
2  Douglas Fretty (CA State Bar No. 279829)
   *dfretty@toberoffandassociates.com*
3  TOBEROFF & ASSOCIATES, P.C.
   23823 Malibu Road, Suite 50-363
4  Malibu, CA 90265
   Telephone: (310) 246-3333
5  Facsimile: (310) 246-3101

6  Attorneys for Plaintiff David Zindel, as Trustee
   for the David Zindel Trust and the Lizabeth Zindel Trust

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID ZINDEL, as Trustee for the David Zindel Trust and the Lizabeth Zindel Trust, | Case No.: 2:18-CV-01435 PA (KSx) |
| Plaintiff, | **NOTICE OF APPEAL** |
| vs. | |
| FOX SEARCHLIGHT PICTURES, INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; TSG ENTERTAINMENT FINANCE LLC, a Delaware limited liability company; MACMILLAN PUBLISHERS, LTD., a subsidiary of a German limited liability company; GUILLERMO DEL TORO, an individual; DANIEL KRAUS, an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | |

_____
NOTICE OF APPEAL
1

NOTICE IS HEREBY GIVEN that David Zindel, as Trustee for the David Zindel Trust and the Lizabeth Zindel Trust, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Defendants' Motion To Dismiss and Judgment entered on the docket in this action on the 23rd day of July, 2018.

                                     Respectfully submitted,

Dated: August 10, 2018      Marc Toberoff
                                     TOBEROFF & ASSOCIATES, P.C.

                                   By:    */s/ Marc Toberoff*
                                               Marc Toberoff

Attorneys for Plaintiff-Appellant David Zindel, as Trustee for the David Zindel Trust and the Lizabeth Zindel Trust,

TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265

---

NOTICE OF APPEAL

2