Marc Toberoff (CA State Bar No. 188547)
   mtoberoff@toberoffandassociates.com
Douglas Fretty (CA State Bar No. 279829)
   dfretty@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

Alex Kozinski (CA State Bar No. 66473) (Of counsel)
   alex@kozinski.com
LAW OFFICE OF ALEX KOZINSKI
23670 Hawthorne Blvd., Suite 204
Torrance, CA 90505-8207

Attorneys for Plaintiff David Zindel, as Trustee
for the David Zindel Trust and the Lizabeth Zindel Trust

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID ZINDEL, as Trustee for the David Zindel Trust and the Lizabeth Zindel Trust,<br><br>Plaintiff,<br><br>v.<br><br>FOX SEARCHLIGHT PICTURES, INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; TSG ENTERTAINMENT FINANCE LLC, a Delaware limited liability company; MACMILLAN PUBLISHERS, LTD., a subsidiary of a German limited liability company; GUILLERMO DEL TORO, an individual; DANIEL KRAUS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01435-PA-KSx<br><br>Assigned to Hon.: Percy Anderson<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTIONS FOR ATTORNEY'S FEES (DKTS. 70, 71)**<br><br>Date: Oct. 29, 2018<br>Time: 1:30 p.m.<br>Ctrm.: 9A<br><br><br>Complaint Filed: February 21, 2018 |

[PROPOSED] ORDER DENYING DEFENDANTS' MOTIONS FOR ATTORNEY'S FEES

The Motions for Attorney's Fees filed by Defendants Fox Searchlight Pictures, Inc., Twentieth Century Fox Film Corporation, TSG Entertainment Finance LLC, Guillermo del Toro, Daniel Kraus and MacMillan Publishing Group, LLC. (collectively, "Defendants") in this matter came before this Court on October 29, 2018.

Having considered the moving and opposition papers, reply papers, arguments, and all other matters presented to the Court, the Court finds that Defendants do not meet their burden of showing that attorney's fees are warranted in this case under 17 U.S.C. § 505. The factors to be equitably considered by the Court in deciding whether to award attorney's fees do not weigh in Defendants' favor, because (i) Plaintiff did not have an improper motivation, (ii) his claim was not frivolous or unreasonable, and (iii) the overriding purposes of the Copyright Act, in particular the need to avoid chilling legitimate advocacy by a copyright holder or imposing "an inequitable burden on an impecunious plaintiff," all counsel against awarding attorney's fees to Defendants. *Ets-Hokin v. Skyy Spirits, Inc.*, 323 F.3d 763, 766 (9th Cir. 2003).

IT IS HEREBY ORDERED that Defendants' Motions for Attorney's Fees are DENIED in their entirety.

**IT IS SO ORDERED.**

Dated: _____

The Honorable Percy Anderson
United States District Court Judge for the
Central District of California