Marc Toberoff (CA State Bar No. 188547)
  *mtoberoff@toberoffandassociates.com*
Douglas Fretty (CA State Bar No. 279829)
  *dfretty@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

Alex Kozinski (CA State Bar No. 66473) (Of counsel)
  *alex@kozinski.com*
LAW OFFICE OF ALEX KOZINSKI
23670 Hawthorne Blvd., Suite 204
Torrance, CA 90505-8207

Attorneys for Plaintiff David Zindel, as Trustee
for the David Zindel Trust and the Lizabeth Zindel Trust

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID ZINDEL, as Trustee for the David Zindel Trust and the Lizabeth Zindel Trust,<br><br>Plaintiff,<br><br>v.<br><br>FOX SEARCHLIGHT PICTURES, INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; TSG ENTERTAINMENT FINANCE LLC, a Delaware limited liability company; MACMILLAN PUBLISHERS, LTD., a subsidiary of a German limited liability company; GUILLERMO DEL TORO, an individual; DANIEL KRAUS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01435-PA-KSx<br><br>Assigned to Hon.: Percy Anderson<br><br>**DECLARATION OF DAVID ZINDEL IN SUPPORT OF OPPOSITIONS TO DEFENDANTS' MOTIONS FOR ATTORNEYS' FEES**<br><br>Date: Oct. 29, 2018<br>Time: 1:30 p.m.<br>Ctrm.: 9A<br><br>*[Filed concurrently: Opposition To Film Defendants' Motion for Attorney's Fees; Opposition To MacMillan's Motion for Attorney's Fees; [Proposed] Orders]*<br><br><br>Complaint Filed: February 21, 2018 |

---
DECLARATION OF DAVID ZINDEL

## DECLARATION OF DAVID ZINDEL

I, David Zindel, declare:

1. I am the son of the late author and playwright Paul Zindel. My father is well-known for his plays, screenplays, and novels, including his play *The Effect of Gamma Rays on Man-in-the-Moon Marigolds*, for which he won the 1971 Pulitzer Prize for Drama; the novels *The Pigman*; *My Darling, My Hamburger*; and *Pardon Me, You're Stepping on My Eyeball!*; and his 1969 play at issue in this case, *Let Me Hear You Whisper* (the "Play"), among dozens of other works.

2. My father died on March 27, 2003 at age 67. On that day, I became the Trustee of the copyrights in his works. Until this case, I have not had occasion to ever believe that someone was infringing my father's copyrights, and I have not been involved in any prior legal dispute regarding his copyrights. In fact, before this case I have never sued anyone for any reason.

3. The revenues from my father's copyrights held in trust are modest. For the year 2017, for example, I received $19,348 in revenue generated from my father's copyrights.

4. I am informed and believe that Fox Searchlight Pictures and 20th Century Fox ("Fox") released their film *The Shape of Water* (the "Film") in the U.S. on or about December 1, 2017. In early January 2018, my family and I began to notice a groundswell of independently written earnest commentary on the Internet, including comments on various social media platforms, a film review by a Rotten Tomatoes critic, and comments on various websites, all objecting to uncredited substantial similarities between the Film and my father's Play. On January 13, 2018 I received a Facebook message from a women I did not know alerting me to the similarities of the Film to the Play. I began to download screenshots of various online comments of this kind. Accordingly, I have compiled a list reflecting a sample of such commentary, along with the (i) date, (ii) platform, (iii) author, and (iv) other relevant information, a true and correct copy of which is attached hereto as **Exhibit 1**. In addition, true and

correct copies of the original screenshots that I took of the comments referenced in Exhibit 1 are attached hereto as **Exhibit 2**. A true and correct copy of the film review on Rotten Tomatoes is attached hereto as **Exhibit 3**.

5. This spontaneous reaction from a cross-section of the Film's audience, many of whom recalled my father's Play (even from high school), prompted me to first see the Film in or about mid-January, 2018. I too was struck by the many literary elements in the Film that I recognized from the Play. As Trustee of my father's literary estate, I believed that I was obligated to take some action to protect the copyright in the Play. Fox had already been distributing the Film for over a month at that point, so I believed that I needed to act quickly to mitigate the harm and, I hoped, obtain credit for my father's work that appeared to have been used in the Film. My transactional counsel thereafter contacted Fox on my behalf. Through counsel, I invited Fox to have a substantive discussion of the similarities between the Film and Play, and to try to amicably resolve this dispute without the need for any litigation.

6. Between late January and mid-February 2018, however, Fox's representatives repeatedly delayed any discussion of the work's similarities or any potential resolution. Based on Fox's communications, it clearly appeared that Fox was giving me the run around to delay until after the Oscars, and that this, no amicable resolution, was Fox's sole concern, given the negative publicly that already surrounded the Film regarding its suspected plagiarism of the Play.

7. In or about mid-January 2018, I also saw reports in the media that the Film's director, Guillermo del Toro, and the Film's co-producer, Daniel Kraus, had written a novelization of the Film that was scheduled to be released February 27, 2018 by the publisher MacMillan (the "Book").

8. On or about late January, 2018, a reporter from *The Guardian* contacted me for a short interview in connection with the already public controversy surrounding the Film's similarities to the Play. In the article, *The Guardian* concludes: "In terms of the broad concept, specific plot points and some characters, the film has close

DECLARATION OF DAVID ZINDEL
2

similarities to Let Me Hear You Whisper, which was aired as a TV production nearly 50 years ago." The above-referenced Internet commentary all pre-date the Guardian article . A true and correct copy of the Guardian article is attached hereto as **Exhibit 4.** In addition, in at least February 2018, the webpage for *The Shape of Water* on IMDB.com included a note stating, "Story bears a strong resemblance to Paul Zindel's 'Let Me Hear You Whisper,' which was a play and which aired on TV in May 1969." A true and correct copy of that IMDB.com note is attached hereto as **Exhibit 5**.

9. Based on these developments, I became very concerned that Fox would simply continue to distribute the Film and that MacMillan would publish the Book, without any acknowledgement of what I believed to be my father's underlying literary contributions. Accordingly, in mid-February 2018, with nowhere else to turn I retained litigation counsel for the purpose of either achieving a settlement of this dispute with Fox, or filing a copyright infringement action. By then, I had identified dozens of elements from the Play that are used in the Film, many of which are described in Paragraph 43 of the Complaint (Dkt. 1).

10. I am informed and believe that after my litigation counsel reached out to Fox in mid-February 2018, Fox responded that it would not voluntarily resolve the copyright dispute regarding my father's Play. Although I was very disappointed by Fox's position, I did not bear any personal ill will against Fox or the other Defendants. In asserting the rights in the Play, my purpose is and has always been to carry out what I believe is my duty as a Trustee and my father's son to protect his work and legacy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this Declaration on this 8th day of October, 2018, at Los Angeles, California.

_____
David Zindel