# EXHIBIT 2

facebook.com
Notifications 4
Insights
Publishing Tools
Promotions
Terry Gordon
Unassigned
JAN 13TH, 9:24AM
Have you noticed the similarity between "The Shape of Water" and "Let me Hear You Whisper"? I loved LMHYW, except that it was so sad.

https://disqus.com/home/discussion/slashfilm/doug_jones_plays_a_fish_man_in_guillermo

JLee · 2 years ago

It sounds similar to the stage play "Let Me Hear You Whisper" by Paul Zindel - A cleaning lady at a brain research facility learns that a captive dolphin slated for dissection can talk so she decides to help it escape.

1 ^ | v · Share ›



Is it just me or does the Del Toro "The Shape Of Water" trailer seem way too similar to the play "Let Me Hear You Whisper" by Paul Zindel?

3:14 PM - 19 Jul 2017



07-19-2017, 12:28 PM

**Dogr_Dollarsson**
**Registered User**
**Validated User**

**Re: So, the trailer for Guillermo del Toro's new movie is out ...**

It actually kinda feels like the weirdest remake of *Let Me Hear You Whisper* possible.

He beats his fists against the posts and still insists he sees the ghosts



**Trust me, I'm a Nerd.** shared JoBlo Movie Trailers's video.
July 19, 2017 ·

So it's a movie version of Paul Zindell's "Let me hear you whisper"? --
grey fox

432,831 Views

 **bortman** • 8 months ago

It is incredibly obscure, but the trailer reminded me of a strange play from the 1960s called Let Me Hear You Whisper, about a cleaning lady at a secret government lab bonding with a talking dolphin.

http://www.paulzindel.com/h...

• Reply • Share ›

**Shanna Lodge** @scorpiosphinx23 · Dec 5

Granted, I've only seen the trailer, but how is #TheShapeOfWater not an adaptation of/at least inspired by "**Let me Hear You Whisper**?"

<<Back

PAUL ZINDEL

LET ME HEAR YOU WHISPE

LET ME HEAR YOU WHISPER

*SYNOPSIS*

The action is set in the laboratory of
Association Development for the Ad
where curious experiments involving
place. Helen, a newly engaged clean
a dolphin and is shocked when she l
as hoped for, it is slated for brain dis
attempt to rescue the dolphin from th
indignation and then, when the dolph
their futile pleas that she change her
to help them in their experiments. Bu
enough—both of "Custodial Enginee
man's relationship to the other creatu
be shared.

*The Shape of Water* (film)

From Wikipedia, the free encyclopedia

***The Shape of Water*** is a 2017 American fantasy drama film[3] directed by Guillermo del Toro and written by del Toro and Vanessa Taylor. The film stars Sally Hawkins, Michael Shannon, Richard Jenkins, Doug Jones, Michael Stuhlbarg, and Octavia Spencer, and follows a custodian at a high-security government laboratory who befriends a captured sea creature in 1962 Baltimore.

The film was screened in the main competition section of the 74th Venice International Film Festival and premiered on August 31, 2017,[4] where it was awarded the Golden Lion for best film in the competition.[5] It also screened at the 2017 Toronto International Film Festival.[6] *The Shape of Water* has received widespread acclaim from critics, with many declaring it del Toro's best film since *Pan's Labyrinth*[7] and particularly praising Hawkins' performance.[8] It is scheduled to be released in the United States on December 8, 2017, after a December 1, 2017 limited release in two theaters in New York City.[9]

Contents [hide]

1 Plot
2 Cast
3 Production
4 Reception
4.1 Awards and nominations
5 References
6 External links

Plot [ edit ]

Elisa Esposito (Sally Hawkins) is a mousy, curious woman rendered mute by an injury she sustained as an infant. She works the night shift as a janitor at the Occam Aerospace Research Center in early 1960s Baltimore. One day, the facility receives a new "asset" discovered by the cruel and abusive Colonel Richard Strickland (Michael Shannon) in the rivers of South America. After Elisa has a brief encounter with the Asset (Doug Jones), which she discovers is an amphibious humanoid creature, she begins sneaking into the enclosure. Elisa spends time with the Asset, feeding him hard-boiled eggs and sharing music through records



 Quick Google search indicates that I am not the only one to see the similarity between this film and the @paulzindel play. #TheShapeofWater

**Shanna Lodge** @scorpiosphinx23
Granted, I've only seen the trailer, but how is #TheShapeOfWater not an adaptation of/at least inspired by "Let me Hear You Whisper?"

8:18 PM - 8 Dec 2017

 CBC News
Published on Dec 8, 2017

SUBSCRIBE 503K

**Peter Bernhardt** 2 weeks ago

Do the film's credits acknowledge the television play from the 1960's, "Let Me Hear You Whisper," which was broadcast on Public Television in at least two versions? It was a dark comedy in which a cleaning lady befriends a dolphin that scientists keep confined to teach it language to use as a future weapon. In the original version, the dolphin was a full length puppet made and operated by the Bil Baird Marionette Theater in Manhattan. The cleaning lady tries to free the dolphin but fails and convinces the animal to speak up or be dissected.

Show less

REPLY 2

 Alfred Brock
@Alfred_Brock

Follow

The Shape of Plagiarism? 'Let Me Hear You Whisper', a play by Paul Zindel and Stephen Gammell, later a 1977 television movie. Like Apocalypse Now and Joseph Conrad's 'The Heart of Darkness' @EW @TVGuide @ebertchicago @BBCR1 @DelhiTimesTweet @MiamiHerald

**The Shape of Water (2017)**

Directed by Guillermo del Toro. With Sally Hawkins, Octavia Spencer, Michael Shannon, Doug Jones. At a top secret research facility in the 1960s, a lonely janitor forms a unique relationshi...

imdb.com

5:16 AM - 12 Dec 2017



danielle @daniellegee · 28 Dec 2017
Throughout 'The Shape of Water' I was just imagining Guillermo Del Toro watching this old Jean Stapleton play and being like "what if the dolphin were........... sexy?"
Los Angeles Times
TV REVIEW : An Implausible 'Let Me Hear You Whi...
"Let Me Hear You Whisper" is an odd title for the one-act on Arts & Entertainment Cable Network tonight at 6 and 10. Playwright Paul Zindel wasn't interested in
articles.latimes.com
1
3

danielle
@daniellegee

Follow

Am I the only who just thought of 'Let Me Hear You Whisper' during 'The Shape of Water'? Surely it wasn't just me!

5:59 AM - 28 Dec 2017


https://www.rogerebert.com/reviews/the-shape-of-water-2017

JUDGMENT

**Leo Doroschenko** · 10 months ago

Was the film influenced by Paul Zindel's short play LET ME HEAR YOU WHISPER (it use to be frequently on PBS)?

1 ^ | v · Reply · Share ›

**THEgillian** ➔ Leo Doroschenko · 9 months ago

Nobody seems to be talking about that, but I watched the televised production of Let Me Hear You Whisper a week or two after I saw The Shape of Water, and there is NO WAY someone involved in the story was unfamiliar with the play. There are way too many similarities. But at the Q&A, Del Toro didn't mention Paul Zindel's play at all. Had I watched the play first, I definitely would have asked about it at the Q&A after the screening. I don't mind if people take an idea and improve upon/build on it, but I really mind them not crediting the source. I'm surprised none of Zindel's relatives are suing.

1 ^ | v · Reply · Share ›

**RWA** ➔ Leo Doroschenko · 9 months ago

I remember reading that in seventh grade; it definitely came to mind when I first read the summary of the movie.

1 ^ | v · Reply · Share ›



www.nitrateville.com/viewtopic.php?f=2&t=25221

Google Apple Amazon eBay Yahoo! News

OFFLINE

**Wm. Charles Morrow**

Posts: 1145
Joined: Sat Jun 12, 2010 4:10 pm
Location: Westchester County, NY

**Re: The Shape of Water inspirations**

Thu Dec 28, 2017 10:47 am

Back in the 1960s, playwright Paul Zindel wrote an unusual play called **Let Me Hear You Whisper**. It was later adapted for TV, and that version came out on video a few years ago. (The DVD is available from Netflix.) The first time I heard about **The Shape of Water**, I immediately thought of this play. Why? Well, here's a synopsis I found online, judge for yourself:

*"The action is set in the laboratory of the American Biological Association Development for the Advancement of Brain Analysis, where curious experiments involving various mammals are taking place. Helen, a newly engaged cleaning lady, is particularly drawn to a dolphin and is shocked when she learns that, having failed to 'talk' as hoped for, it is slated for brain dissection. She makes a desperate attempt to rescue the dolphin from the scientists, incurring first their indignation and then, when the dolphin does indeed 'talk' for Helen, their futile pleas that she change her mind about leaving and stay on to help them in their experiments. But the gentle Helen has had enough—both of 'Custodial Engineering' and of schemes to change man's relationship to the other creatures with whom the world must be shared."*

Hmmm . . .

-- Charlie Morrow

 jonathan yee
@jonathanhouyee

Follow

The new del toro movie reminds me of Paul Zindel's "Let Me Hear You Whisper" a one act play about a janitor and an experimental dolphin

7:48 AM - 20 Jul 2017

3 Retweets 4 Likes

2 3 4

 **Joseph Dougherty** added **10 new photos.**
December 29, 2017 at 12:20pm ·

For the record:

"Let Me Hear You Whisper"
Written by Paul Zindel
NET Playhouse - May 22, 1969
The action is set in the laboratory of the American Biological Association Development for the Advancement of Brain Analysis (ABADABA), where curious experiments involving various mammals are taking place. Helen, a newly engaged cleaning lady, is particularly drawn to a dolphin and is shocked when she learns that, having failed to "talk" as hoped for, it is slated for brain dissection. She makes a desperate attempt to rescue the dolphin from the scientists, incurring first their indignation and then, when the dolphin does indeed "talk" for Helen, their futile pleas that she change her mind about leaving and stay on to help them in their experiments. But the gentle Helen has had enough both of "Custodial Engineering" and of schemes to change man's relationship to the other creatures with whom the world must be shared.





Joseph Dougherty
December 29, 2017 at 12:52pm ·

One fish, two fish, which fish, first fish?

Like Share

# Comments (1)

**Trackback URL** | **Comments RSS Feed**

**pete** says:

December 30, 2017 at 2:16 am

As soon as I saw the creature slap the window of his container, I knew that the cleaning lady was going to sneak him out in the laundry hamper. I had seen the 1969 airing of Let Me Hear You Whisper and even though I had not given it a thought since I saw it (I was nine years old at the time), I recognized that I was watching it again.

reply



Compare and contrast, show all work for partial credit. No offense to Guillermo del Toro, but submitted for your approval, the synopsis of Paul Zindel's 1969 play "Let Me Hear You Whisper."

"The action is set in the laboratory of the American Biological Association Development for the Advancement of Brain Analysis, where curious experiments involving various mammals are taking place. Helen, a newly engaged cleaning lady, is particularly drawn to a dolphin and is shocked when she learns that, having failed to "talk" as hoped for, it is slated for brain dissection. She makes a desperate attempt to rescue the dolphin from the scientists, incurring first their indignation and then, when the dolphin does indeed "talk" for Helen, their futile pleas that she change her mind about leaving and stay on to help them in their experiments. But the gentle Helen has had enough—both of "Custodial Engineering" and of schemes to change man's relationship to the other creatures with whom the world must be shared."

One on my problems is that I remember stuff like this.





Joseph Dougherty
January 1 at 2:38pm ·

Dolphin: (Whispering) “Loooooooooooveeeeeee.”
(Everyone turns to stare at the Dolphin, and freezes for a second.)
Dolphin: “Love.”
-"Let Me Hear You Whisper" (1969) by Paul Zindel

Like Share



Scott Wilhoit
January 7 ·
"The Creature From the Black Lagoon Goes Ballroom Dancing," may well be one way to describe, "The Shape of Water.". I have to admit, I didn't find the movie worthy of all the buzz. Beautifully filmed and we'll acted, I just didn't connect with the love story between the mute custodian and Amphibian Man, who truly looks like an updated, re-cast from the Saturday Monster Matinee's "Creature" of Black Lagoon fame. It's not a bad movie, but the plot is really nothing new. It is similar to the 1990 acclaimed made for TV movie, "Let Me Hear You Whisper," starring Jean Stapleton. Not a bad movie, but . . . Well, maybe a trip to the Newport Aquarium may have been 2 hours better spent.
13
6 Comments
Like
Comment
Share



Barbara Kahn
January 9 ·
I saw The Shape of Water.It reminded me very much of the wonderful play by Paul Zindel called Let Me Hear You Whisper, about a cleaning lady in a government lab where they are trying to train a captive dolphin. There was also a TV version, but it hasn't been shown for years.
7
2 Comments
Like
Share

 Zack Smith
January 16 ·

Was going crazy trying to remember this, but finally got the title: So, THE SHAPE OF WATER's plot is a LOT like this play that was reprinted in several English class books when I was growing up called LET ME HEAR YOU WHISPER, about a cleaning woman who develops a rapport with a dolphin in a lab being trained to speak. There were two filmed versions for PBS and such, but they are not online right now. I saw one review of WATER that noted the similarity, but that's it. Surprised author Paul Zindel has not sued, though *SPOILER* she does not bang the dolphin.

PAULZINDEL.COM

**Paul Zindel: Let Me Hear You Whipser**

SYNOPSIS The action is set in the laboratory of the American Biological Association Development for the Advancement of Brain Analysis, where curious experiments involving various mammals are taking place. Helen, a newly engaged cleaning lady, is particularly drawn to a dolphin and is

1
Like
Share

David Chelsea
January 20 ·
Free Willy, Day Of The Dolphin, and The Shape Of Water all seem to have stolen from this 1969 TV play about the friendship between a cleaning lady and a talking dolphin:
YOUTUBE.COM
Let Me Hear You Whisper by Paul Zindel (1 of 4)
Part 1 of the National Education Television (NET) production of the play Let Me Hear You Whisper by Paul Zindel (1969) Directed by Glenn Jordan and starring ...
2
Like
Comment
Share

**Joseph Dougherty**
January 23 at 10:23am ·

How can "Shape of Water" be nominated for Best Original Screenplay when its premise, plot, and central character are ripped off from Paul Zindel's 1969 play "Let Me Hear You Whisper"?





Ben LaBolt
@BenLaBolt
Follow
Am I the only person that couldn't get excited by The Shape of Water?
6:55 AM - 23 Jan 2018
6 Likes
5
6
Tweet your reply
Michael O'Neil @abefromanohio · Jan 23
Replying to @BenLaBolt
Shouldnt folks be more excited by Call Me By Your Name? It was excellent.
1
1
Ben LaBolt @BenLaBolt · Jan 23
So good! Chalamet should win.
2
Gwendolyn @Gwen4791 · Jan 23
Replying to @BenLaBolt
With over 7 billion people on earth, I'm sure you're not alone.
1
Ben LaBolt @BenLaBolt · Jan 23
Fair point
1
Faith on the Fringe @Faithonthe · Jan 23
Replying to @BenLaBolt
The emperor has no clothes, but no one wants to say it.
1
Max Kanin @MDKanin · Jan 23
Replying to @BenLaBolt
Actually no. My family watched this past weekend and told me they disliked it.
Faith on the Fringe @Faithonthe · Jan 23
Replying to @BenLaBolt
Let Me Hear You Whisper (TV Movie 1969)
Directed by Glenn Jordan. With Bil Baird, Philip Bruns, Anthony Holland, Ruth White. A scrub-woman attempts to rescue a dolphin who will talk to no one but her fro...
imdb.com