UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 06 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DAVID ZINDEL, as Trustee for the David Zindel Trust and the Lizabeth Zindel Trust,

   Plaintiff - Appellant,

 v.

FOX SEARCHLIGHT PICTURES, INC., a Delaware corporation; et al.,

   Defendants - Appellees.

No. 18-56087

D.C. No. 2:18-cv-01435-PA-KS
U.S. District Court for Central California, Los Angeles

**MANDATE**

The judgment of this Court, entered June 22, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7