JS-5

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | CV 18-01435 PA (KSx) | Date | August 7, 2020 |
|---|---|---|---|
| Title | David Zindel v. Fox Searchlight Pictures, Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| T. Jackson | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS - COURT ORDER

The Court is in receipt of the Ninth Circuit's Mandate issued on August 6, 2020.

Defendants Fox Searchlight Pictures, Inc.; Twentieth Century Fox Film Corporation; TSG Entertainment Finance LLC; MacMillan Publishers, Ltd.; Guillermo Del Toro; and Daniel Kraus are directed to file an answer to Plaintiff David Zindel's Complaint (Dkt. No. 1) within 14 days of the date of this Order.

IT IS SO ORDERED.