**D STATES DISTRICT COURT**
**RAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**ST TEMPLE STREET, ROOM 180**
**ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

Return to Sender

Moved —
No longer at this address.

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 26 2020
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case: 2:18cv1435   Doc: 98

Alex Kozinski
Alex Kozinski Law Offices
23670 Hawthorne Boulevard   Suite 204
Torrance, CA 90505-8207

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<30328150@cacd.uscourts.gov>Subject:Activity in Case 2:18-cv-01435-PA-KS David Zindel v. Fox Searchlight Pictures, Inc. et al Order on Request to Substitute Attorney Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 8/12/2020 at 11:29 AM PDT and filed on 8/11/2020

| | |
|---|---|
| **Case Name:** | David Zindel v. Fox Searchlight Pictures, Inc. et al |
| **Case Number:** | 2:18-cv-01435-PA-KS |
| **Filer:** | |
| **Document Number:** | 98 |

**Docket Text:**
**ORDER by Judge Percy Anderson: granting [89] Request to Substitute Attorney. Daniel M. Petrocelli is substituted in place of attorney David Grossman, Edward K Lee, Jonathan N Strauss, & Jonathan Zavin for Defendant Fox Searchlight Pictures, Inc. Attorney Jonathan Zavin; David Aaron Grossman and Edward K Lee terminated. (mrgo)**

**2:18-cv-01435-PA-KS Notice has been electronically mailed to:**
David Aaron Grossman     ladocket@loeb.com, vmanssourian@loeb.com, dgrossman@loeb.com, dgrossman@ecf.courtdrive.com
Patrick S McNally     patrick-s-mcnally-5450@ecf.pacerpro.com, pmcnally@omm.com
Edward K Lee     ladocket@loeb.com, elee@ecf.courtdrive.com, vmanssourian@loeb.com, elee@loeb.com
Eric M Stahl     ericstahl@dwt.com, seadocket@dwt.com, christinekruger@dwt.com
Daniel M Petrocelli     dpetrocelli@omm.com, daniel-m-petrocelli-4368@ecf.pacerpro.com
Kelli L Sager     kellisager@dwt.com, vickyisensee@dwt.com
Molly M Lens     molly-lens-1739@ecf.pacerpro.com, mlens@omm.com, pmcnally@omm.com
Marc Toberoff     tlamoureux@toberoffandassociates.com, mtoberoff@toberoffandassociates.com
Cydney Swofford Freeman     cydneyfreeman@dwt.com, laxdocket@dwt.com, vickyisensee@dwt.com
**2:18-cv-01435-PA-KS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Alex Kozinski

Alex Kozinski Law Offices
23670 Hawthorne Boulevard Suite 204
Torrance CA 90505-8207
Douglas A Fretty
Toberoff and Associates PC
23823 Malibu Road Suite 50-363
Malibu CA 90265

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| David Zindel, as Trustee for the David Zindel Trust and | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:18-cv-01435-PA-KS |
| v. | |
| Fox Searchlight Pictures, Inc. et al. | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

The Court hereby orders that the request of:

Fox Searchlight Pictures, Inc. ☐ Plaintiff ☒ Defendant ☐ Other
*Name of Party*

to substitute Daniel M. Petrocelli who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

O'Melveny & Myers LLP, 1999 Ave. of the Stars 8th Floor
*Street Address*

Los Angeles, CA 90067                                   dpetrocelli@omm.com
*City, State, Zip*                                       *E-Mail Address*

(310) 246-6850              (310) 246-6779              97802
*Telephone Number*          *Fax Number*                *State Bar Number*

as attorney of record instead of David Grossman, Edward K Lee, Jonathan N Strauss, Jonathan Zavin
*List **all** attorneys from same firm or agency who are withdrawing.*

is hereby   ☒ **GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated August 11, 2020

_____
U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (09/17)   (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY