Name, Address and Telephone Number of Attorney(s):

Greg Victoroff, Greg Victoroff & Assoc. - SBN 89688
11911 San Vicente Blvd., Ste 390
Los Angeles, CA 90049
(310) 207-8999

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ZINDEL, etc.<br><br>Plaintiff(s)<br>v.<br>FOX SEARCHLIGHT PICTURES, INC., et al.<br><br>Defendant(s) | CASE NUMBER<br><br>2:18-cv-01435 – PA- (KSx)<br><br>**MEDIATION REPORT** |

*Instructions:* The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.

1. [✓] A mediation was held on (date): January 21, 2021.

   [ ] A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   [✓] Appeared as required by L.R. 16-15.5(b).
   [ ] Did not appear as required by L.R. 16-15.5(b).
       [ ] Plaintiff or plaintiff's representative failed to appear.
       [ ] Defendant or defendant's representative failed to appear.
   [✓] Other: Mediation was adjourned to allow counsel to confer with parties.

3. Did the case settle?
   [ ] Yes, fully, on _____ (date).
   [ ] Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   [ ] Yes, partially, and further facilitated discussions are **not** expected.
   [✓] No, and further facilitated discussions are expected. *(See No. 4 below.)*
   [ ] No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?

   January 25, January 29, 2021.

Dated: January 26, 2021

/s/Greg Victoroff/
Signature of Mediator

Greg Victoroff
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*