1
2
3

**D**AVIS **W**RIGHT **T**REMAINE LLP
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

4
5
6
7

KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
ERIC M. STAHL (State Bar No. 292637)
  ericstahl@dwt.com
SARAH E. BURNS (State Bar No. 324466)
  sarahburns@dwt.com

8
9

Attorneys for Defendant
MACMILLAN PUBLISHING GROUP,
LLC (incorrectly named as MacMillan
Publishers, Ltd.)

10

11

12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

13

14

15

16

17

18

19

20

21

22

23

DAVID ZINDEL, as Trustee for the David
Zindel Trust and the Lizabeth Zindel Trust,

Plaintiff,

vs.

FOX SEARCHLIGHT PICTURES, INC., a
Delaware corporation; TWENTIETH
CENTURY FOX FILM CORPORATION, a
Delaware corporation; TSG
ENTERTAINMENT FINANCE LLC, a
Delaware limited liability company;
MACMILLAN PUBLISHERS, LTD., a
subsidiary of a German limited liability
company; GUILLERMO DEL TORO, an
individual; DANIEL KRAUS, an individual;
and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:18-cv-01435-PA-KS

**ORDER**

24

25

26

27

28

ORDER
4831-6797-2062v.3 0086829-000058

1        Having considered the parties' stipulation, and for good cause having been

2  shown, the parties' stipulation is hereby approved.

3        IT IS HEREBY ORDERED that the deadline for initial expert witness

4  designations and reports shall be moved from March 1, 2021 to March 15, 2021;

5        IT IS FURTHER ORDERED that the deadline for rebuttal expert witness

6  designations and reports shall be moved from March 22, 2021 to April 5, 2021.

7

8  DATED: February 26, 2021

9

10                    By: _____

                                 Percy Anderson

11                        United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

ORDER

4831-6797-2062v.3 0086829-000058