1  DAVIS WRIGHT TREMAINE LLP
   KELLI L. SAGER (State Bar No. 120162)
2    kellisager@dwt.com
   ERIC M. STAHL (State Bar No. 292637)
3    ericstahl@dwt.com
   SARAH E. BURNS (State Bar No. 324466)
4    sarahburns@dwt.com
   865 South Figueroa Street, 24th Floor
5  Los Angeles, CA 90017-2566
   Telephone: (213) 633-6800
6  Fax: (213) 633-6899

7
   Attorneys for Defendant
8  MACMILLAN PUBLISHING GROUP, LLC
   (incorrectly named as MacMillan Publishers, Ltd.)

9

10              **UNITED STATES DISTRICT COURT**

11             **CENTRAL DISTRICT OF CALIFORNIA**

12

13  DAVID ZINDEL, as Trustee for the          Case 2:18-cv-01435-PA-KS
    David Zindel Trust and the Lizabeth
14  Zindel Trust,                             **STIPULATION FOR DISMISSAL
                                              WITH PREJUDICE AS TO
15              Plaintiff.                     DEFENDANT MACMILLAN
                                              PUBLISHING GROUP, LLC**
16       v.
                                              HON. PERCY ANDERSON
17  FOX SEARCHLIGHT PICTURES,
    INC., a Delaware Corporation;
18  TWENTIETH CENTURY FOX FILM
    CORPORATION, a Delaware                   Action Filed: February 21, 2018
19  Corporation; TSG ENTERTAINMENT
    FINANCE LLC, a Delaware limited
20  liability company; MACMILLAN
    PUBLISHERS, LTD., a subsidiary of a
21  German limited liability company;
    GUILLERMO DEL TORO, an
22  individual; DANIEL KRAUS, an
    individual; and Does 1 through 10,
23  inclusive,

24              Defendants.

25

26

27

28

STIPULATION TO DISMISS CASE WITH PREJUDICE

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff David

2    Zindel, as trustee for the David Zindel Trust and the Lizabeth Zindel Trust, and

3    Defendant Macmillan Publishing Group, LLC (incorrectly sued as MacMillan

4    Publishers, Ltd.), by and through their respective counsel, hereby agree and

5    stipulate, subject to the Court's approval, that this action and all of the claims in the

6    above-captioned case shall be dismissed with prejudice.

7        Each party shall bear their own costs and attorneys' fees.

8

9    Dated:        April 2, 2021        Respectfully Submitted,

10       DAVIS WRIGHT TREMAINE LLP

11

12   By: /s/  Kelli L. Sager
             Kelli L. Sager

13

14       Attorneys for Defendant Macmillan
         Publishing Group, LLC

15

16       TOBEROFF AND ASSOCIATES PC

17       LAW OFFICE OF ALEX KOZINSKI

18

19   By: /s/  *Marc Toberoff*
             Marc Toberoff

20

21       Attorneys for Plaintiff David Zindel,
         as Trustee of the David Zindel Trust
         and the Lizabeth Zindel Trust

22

23

24

25

26

27

28

1

STIPULATION TO DISMISS CASE WITH PREJUDICE

1         Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other

2 signatories listed, and on whose behalf the filing is submitted, concur in the filing's

3 content and have authorized the filing.

4

5 Dated:         April 2, 2021          DAVIS WRIGHT TREMAINE LLP

6

                   By: /s/  Kelli L. Sager

7                        Kelli L. Sager

8                       Attorneys for Defendant Macmillan

9                       Publishing Group, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

STIPULATION TO DISMISS CASE WITH PREJUDICE