DANIEL M. PETROCELLI (S.B. #97802)
  dpetrocelli@omm.com
MOLLY M. LENS (S.B. #283867)
  mlens@omm.com
PATRICK S. MCNALLY (S.B. #302062)
  pmcnally@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone:  (310) 553-6700
Facsimile:  (310) 246-6779

Attorneys for Defendants Searchlight Pictures, Inc. and Twentieth Century Fox Film Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ZINDEL, AS TRUSTEE FOR THE DAVID ZINDEL TRUST AND THE LIZABETH ZINDEL TRUST,<br><br>    Plaintiff.<br><br>    v.<br><br>FOX SEARCHLIGHT PICTURES, INC. ET AL,<br><br>    Defendants. | Case 2:18-cv-01435-PA-KS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS SEARCHIGHT PICTURES, INC. AND TWENTIETH CENTURY FOX FILM CORPORATION**<br><br>HON. PERCY ANDERSON |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff David Zindel, as trustee for the David Zindel Trust and the Lizabeth Zindel Trust, on the one hand, and Defendants Searchlight Pictures, Inc. (sued as and previously known as Fox Searchlight Pictures, Inc.) and Twentieth Century Fox Film Corporation, on the other hand, by and through their respective counsel, hereby agree and stipulate, subject to the Court's approval, that this action and all of the claims in the above-captioned case shall be dismissed with prejudice.

Each party shall bear their own costs and attorneys' fees.

Dated:     April 2, 2021            Respectfully Submitted,

O'MELVENY & MYERS LLP

By: /s/ Daniel M. Petrocelli
        Daniel M. Petrocelli

Attorneys for Defendants Searchlight Pictures, Inc. and Twentieth Century Fox Film Corporation

TOBEROFF AND ASSOCIATES PC
LAW OFFICE OF ALEX KOZINSKI

By: /s/  *Marc Toberoff*
        Marc Toberoff

Attorneys for Plaintiff David Zindel, as Trustee of the David Zindel Trust and the Lizabeth Zindel Trust

STIPULATION TO DISMISS
CASE WITH PREJUDICE
2:18-CV-01435-PA-KS

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 2, 2021

O'MELVENY & MYERS LLP

By: /s/ Daniel M. Petrocelli
    Daniel M. Petrocelli

Attorneys for Defendants Searchlight Pictures, Inc. and Twentieth Century Fox Film Corporation