DANIEL M. PETROCELLI (S.B. #97802)
  dpetrocelli@omm.com
MOLLY M. LENS (S.B. #283867)
  mlens@omm.com
PATRICK S. MCNALLY (S.B. #302062)
  pmcnally@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone:   (310) 553-6700
Facsimile:   (310) 246-6779

Attorneys for Defendant TSG Entertainment Finance LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ZINDEL, AS TRUSTEE FOR THE DAVID ZINDEL TRUST AND THE LIZABETH ZINDEL TRUST,<br><br>Plaintiff.<br><br>v.<br><br>FOX SEARCHLIGHT PICTURES, INC. ET AL,<br><br>Defendants. | Case 2:18-cv-01435-PA-KS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT TSG ENTERTAINMENT FINANCE LLC**<br><br>HON. PERCY ANDERSON |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff David Zindel, as trustee for the David Zindel Trust and the Lizabeth Zindel Trust, on the one hand, and Defendant TSG Entertainment Finance LLC, on the other hand, by and through their respective counsel, hereby agree and stipulate, subject to the Court's approval, that all of the claims in the above-captioned case shall be dismissed with prejudice.

Each party shall bear their own costs and attorneys' fees.

Dated:      April 2, 2021

Respectfully Submitted,

O'MELVENY & MYERS LLP

By: /s/ Daniel M. Petrocelli
          Daniel M. Petrocelli

Attorneys for Defendant TSG Entertainment Finance LLC

TOBEROFF AND ASSOCIATES PC
LAW OFFICE OF ALEX KOZINSKI

By: /s/ Marc Toberoff
          Marc Toberoff

Attorneys for Plaintiff David Zindel, as Trustee of the David Zindel Trust and the Lizabeth Zindel Trust

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:       April 2, 2021

O'MELVENY & MYERS LLP

By: /s/ Daniel M. Petrocelli
         Daniel M. Petrocelli

Attorneys for Defendant TSG Entertainment Finance LLC

- 2 -

STIPULATION TO DISMISS
CASE WITH PREJUDICE
2:18-CV-01435-PA-KS