DANIEL M. PETROCELLI (S.B. #97802)
 dpetrocelli@omm.com
MOLLY M. LENS (S.B. #283867)
 mlens@omm.com
PATRICK S. MCNALLY (S.B. #302062)
 pmcnally@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone:  (310) 553-6700
Facsimile:  (310) 246-6779

Attorneys for Defendant TSG Entertainment Finance LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ZINDEL, AS TRUSTEE FOR THE DAVID ZINDEL TRUST AND THE LIZABETH ZINDEL TRUST,<br><br>Plaintiff.<br><br>v.<br><br>FOX SEARCHLIGHT PICTURES, INC. ET AL,<br><br>Defendants. | Case 2:18-cv-01435-PA-KS<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT TSG ENTERTAINMENT FINANCE LLC**<br><br>HON. PERCY ANDERSON |

By stipulation of the parties and good cause having been shown, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court hereby dismisses this action, and all claims asserted therein, against Defendant TSG Entertainment Finance LLC **WITH PREJUDICE**, with each party to bear their own costs and attorneys' fees.

**IT IS SO ORDERED**.

Date: April 3, 2021

_____
Percy Anderson
United States District Judge