1  DAVIS WRIGHT TREMAINE LLP
   KELLI L. SAGER (State Bar No. 120162)
2    kellisager@dwt.com
   ERIC M. STAHL (State Bar No. 292637)
3    ericstahl@dwt.com
   SARAH E. BURNS (State Bar No. 324466)
4    sarahburns@dwt.com
   865 South Figueroa Street, 24th Floor
5  Los Angeles, CA 90017-2566
   Telephone: (213) 633-6800
6  Fax: (213) 633-6899

7  Attorneys for Defendant
   MACMILLAN PUBLISHING GROUP, LLC
8  (incorrectly named as MacMillan Publishers, Ltd.)

9

10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

| 14 | DAVID ZINDEL, as Trustee for the David Zindel Trust and the Lizabeth Zindel Trust, | Case 2:18-cv-01435-PA-KS |
|---|---|---|
| 15 | | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT MACMILLAN PUBLISHING GROUP, LLC** |
| 16 | Plaintiff. | |
| 17 | v. | |
| 18 | FOX SEARCHLIGHT PICTURES, INC., a Delaware Corporation; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware Corporation; TSG ENTERTAINMENT FINANCE LLC, a Delaware limited liability company; MACMILLAN PUBLISHERS, LTD., a subsidiary of a German limited liability company; GUILLERMO DEL TORO, an individual; DANIEL KRAUS, an individual; and Does 1 through 10, inclusive, | HON. PERCY ANDERSON |
| 19 | | |
| 20 | | Action Filed: February 21, 2018 |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | Defendants. | |

[PROPOSED] ORDER

1 | By stipulation of the parties and good cause having been shown, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court hereby dismisses this action, and all claims asserted therein, against Defendant Macmillan Publishing Group, LLC (incorrectly sued as MacMillan Publishers, Ltd.), **WITH PREJUDICE**, with each party to bear their own costs and attorneys' fees.

**IT IS SO ORDERED**.

Date: April 3, 2021

_____
Percy Anderson
United States District Judge

1

[PROPOSED] ORDER