DANIEL M. PETROCELLI (S.B. #97802)
  dpetrocelli@omm.com
MOLLY M. LENS (S.B. #283867)
  mlens@omm.com
PATRICK S. MCNALLY (S.B. #302062)
  pmcnally@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone:   (310) 553-6700
Facsimile:   (310) 246-6779

Attorneys for Defendant Daniel Kraus

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ZINDEL, AS TRUSTEE FOR THE DAVID ZINDEL TRUST AND THE LIZABETH ZINDEL TRUST,<br><br>Plaintiff.<br><br>v.<br><br>FOX SEARCHLIGHT PICTURES, INC. ET AL,<br><br>Defendants. | Case 2:18-cv-01435-PA-KS<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT DANIEL KRAUS**<br><br>HON. PERCY ANDERSON |

1 | By stipulation of the parties and good cause having been shown, pursuant to
2 | Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court hereby dismisses this action, and all
3 | claims asserted therein, against Defendant Daniel Kraus **WITH PREJUDICE**,
4 | with each party to bear their own costs and attorneys' fees.

**IT IS SO ORDERED**.

Date:  April 3, 2021

_____
Percy Anderson
United States District Judge

[PROPOSED] ORDER
2:18-CV-01435-PA-KS