DANIEL M. PETROCELLI (S.B. #97802)
  dpetrocelli@omm.com
MOLLY M. LENS (S.B. #283867)
  mlens@omm.com
PATRICK S. MCNALLY (S.B. #302062)
  pmcnally@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

Attorneys for Defendants Searchlight Pictures, Inc. and Twentieth Century Fox Film Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ZINDEL, AS TRUSTEE FOR THE DAVID ZINDEL TRUST AND THE LIZABETH ZINDEL TRUST,<br><br>Plaintiff.<br><br>v.<br><br>FOX SEARCHLIGHT PICTURES, INC. ET AL,<br><br>Defendants. | Case 2:18-cv-01435-PA-KS<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS SEARCHIGHT PICTURES, INC. AND TWENTIETH CENTURY FOX FILM CORPORATION**<br><br>HON. PERCY ANDERSON |

1    By stipulation of the parties and good cause having been shown, pursuant to
2  Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court hereby dismisses this action, and all
3  claims asserted therein, against Defendant Searchlight Pictures, Inc. (sued as and
4  previously known as Fox Searchlight Pictures, Inc.) and Defendant Twentieth
5  Century Fox Film Corporation **WITH PREJUDICE**, with each party to bear their
6  own costs and attorneys' fees.
7    **IT IS SO ORDERED**.

9  Date: April 3, 2021

                                    _____
                                            Percy Anderson
                                       United States District Judge

[PROPOSED] ORDER
2:18-CV-01435-PA-KS